IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X
MARTIN TROTT and CHRISTOPHER SMITH,
as Joint Official Liquidators and Foreign
Representatives of PLATINUM PARTNERS
VALUE ARBITRAGE FUND L.P. (in
OFFICIAL LIQUIDATION) and PLATINUM
PARTNERS VALUE ARBITRAGE FUND L.P.
(in OFFICIAL LIQUIDATION),

        Plaintiffs,

                  1:18-cv-10936 (JSR)

        v.

PLATINUM MANAGEMENT (NY) LLC,    **NOTICE OF APPEARANCE**
MARK NORDLICHT, DAVID LEVY,
ESTATE of URI LANDESMAN, MURRAY
HUBERFELD, DAVID BODNER, DAVID
STEINBERG, DANIEL SMALL, et al.,

        Defendants.
-----------------------------------------------------------X

PLEASE TAKE NOTICE that Melissa S. Geller of Duane Morris, LLP hereby enters her appearance on behalf of Defendant Estate of Uri Landesman in the above-captioned matter.

I certify that I am admitted to practice in this Court.

Dated: December 11, 2018

                                                                                                                                       DUANE MORRIS LLP

                                                                                               By: /s/ Melissa S. Geller

                                                                                                 Melissa S. Geller
                                                                                                 E-mail: msgeller@duanemorris.com
                                                                                                 One Riverfront Plaza
                                                                                                 1037 Raymond Blvd., Suite 1800
                                                                                                 Newark, NJ 07102-5429
                                                                                                 Telephone: +1 973 424 2000
                                                                                                 Fax: +1 973 424 2001

                                                                          *Attorneys for Defendant Estate of Uri Landesman*

## CERTIFICATE OF SERVICE

I hereby certify that on December 11, 2018, I served the foregoing Notice of Appearance by ECF on all counsel of record.

                                                   /s/ Melissa S. Geller
                                                   Melissa S. Geller