UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------ x
                                                              :

MARTIN TROTT and CHRISTOPHER SMITH, as Joint  :
Official Liquidators and Foreign Representatives of    :
PLATINUM PARTNERS VALUE ARBITRAGE FUND  :
L.P. (in OFFICIAL LIQUIDATION) and PLATINUM   :      No. 18 Civ. 10936 (JSR)
PARTNERS VALUE ARBITRAGE FUND L.P. (in       :
OFFICIAL LIQUIDATION),                              :

              Plaintiffs,                                    :

              v.                                              :

PLATINUM MANAGEMENT (NY) LLC, *et al.*,          :

              Defendants.                               :

------------------------------------------ X

## NOTICE OF APPEARANCE

      PLEASE TAKE NOTICE that the undersigned hereby appears as counsel on behalf of defendant David Bodner.  The undersigned certifies that he is admitted to practice before this Court and requests that all future notices given or required to be given in this proceeding, and all papers filed in this proceeding, be served upon the undersigned at the address set forth below.

Dated:  December 17, 2018
          New York, New York

                                 CURTIS, MALLET-PREVOST,
                                   COLT & MOSLE LLP

            By:    */s/ Eliot Lauer*
                     Eliot Lauer
                     101 Park Avenue
                     New York, New York  10178
                     Tel.:  (212) 696-6000
                     Fax:  (212) 697-1559
                     Email: elauer@curtis.com

                     *Attorneys for Defendant David Bodner*