AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| Martin Trott and Christopher Smith, as JOL, | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 18 Civ. 10936 (JSR) |
| Platinum Management (NY), LLC, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Morris Fuchs, Aaron Parnes, Sarah Parnes, Shmuel Fuchs Foundation, Solomon Werdiger

Date:   12/17/2018

*Attorney's signature*

Kenneth A. Zitter - KAZ-3195
*Printed name and bar number*

260 Madison Avenue, 18th Floor
New York, New York 10016

*Address*

kzitter@aol.com
*E-mail address*

(212) 532-8000
*Telephone number*

(212) 679-8998
*FAX number*