Avraham C. Moskowitz (AM 8913)
MOSKOWITZ & BOOK, LLP
345 7th Avenue, 21st Floor
New York, New York 10001
Tel:  (212) 221-7999
Fax:  (212) 39808835
amoskowitz@mb-llp.com

Attorneys for Defendant Platinum F.I. Group, LLC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Trott, *et al.*, <br><br> Plaintiff(s), <br><br> -v- <br><br> Platinum Management (NY) LLC, *et al.*, <br><br> Defendant(s). | 18-cv-10936 (JSR) <br><br> **NOTICE OF APPEARANCE** |

        PLEASE TAKE NOTICE that Avraham C. Moskowitz, Esq. of Moskowitz & Book, LLP hereby appears as counsel for Defendant Platinum Platinum F.I. Group, LLC in the above-captioned matter and demands that all papers in this action be served upon the undersigned at 345 Seventh Avenue, 21st Floor, New York New York 10001.

Dated:    New York, New York
            December 17, 2018

                                            MOSKOWITZ & BOOK, LLP

                                            By:/s/Avraham C. Moskowitz
                                                Avraham C. Moskowitz (AM 8913)
                                            Attorneys for Defendant
                                              Platinum F.I. Group, LLC
                                           345 7th Avenue, 21st Floor
                                           New York, NY 10001
                                           (212) 221-7999
                                           amoskowitz@mb-llp.com

TO:    Clerk of Court
          All Counsel of Record