Martin Trott, et. al., Plaintiff(s)
vs.
Platinum Management (NY) LLC, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**
APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  152772-0032

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

HOLLAND & KNIGHT LLP
Mr. Elvin Ramos
31 W 52nd Street
New York, NY  10019

--Beechwood Capital Group LLC
Court Case No. 1:18-cv-10936

---

State of: New York ) ss.
County of: Albany )

Name of Server: Robert Guyette , undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 28th day of December , 2018 , at 1:38 o'clock P M

Place of Service: at 99 Washington Plaza - One Commerce Plaza , in Albany, NY 12231

Documents Served: the undersigned served the documents described as:
Summons and Complaint with Exhibits 1-96

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
Beechwood Capital Group LLC

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: Amy Lesch- Authorized Agent

Description of Person Receiving Documents: The person receiving documents is described as follows:
Sex F ; Skin Color W ; Hair Color Blonde ; Facial Hair —
Approx. Age 30 ; Approx. Height 5'9" ; Approx. Weight 160

∴ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

_____
Signature of Server

**APS International, Ltd.**

Subscribed and sworn to before me this 28th day of December, 20 18

_____
Notary Public              (Commission Expires)

**YVONNE STRAIN**
**Notary Public, State of New York**
**No. 01ST6314054**
**Qualified in Schenectady County**
**Commission Expires November 3, 2022**

Martin Trott, et. al., Plaintiff(s)
vs.
Platinum Management (NY) LLC, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  152772-0032

## AFFIDAVIT OF SERVICE -- Corporate

| Service of Process on:

HOLLAND & KNIGHT LLP
Mr. Elvin Ramos
31 W 52nd Street
New York, NY  10019

--Twosons Corporation
Court Case No. 1:18-cv-10936

State of: _New York_ ) ss.
County of: _Albany_

**Name of Server:** _J Robert Guyette_ , undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _28th_ day of _December_ , 20 _18_ , at _1.58_ o'clock _P_ M

**Place of Service:** at _99 Washington Plaza - One Commerce Plaza_ , in _Albany, NY 12231_

**Documents Served:** the undersigned served the documents described as:
Summons and Complaint with Exhibits 1-96

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
Twosons Corporation

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: _Amy Lesch - Authorized Agent_

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex _F_ ; Skin Color _W_ ; Hair Color _Blonde_ ; Facial Hair _____
Approx. Age _30_ ; Approx. Height _5'9"_ ; Approx. Weight _160_

... To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_[signature]_

Signature of Server

**APS International, Ltd.**

Subscribed and sworn to before me this _28th_ day of _December_ 20 _18_

_[signature]_

Notary Public    YVONNE STRAIN (Commission Expires)
Notary Public, State of New York
No. 01ST6314054
Qualified in Schenectady County
Commission Expires November 3, 2022

Martin Trott, et. al., Plaintiff(s)
vs.
Platinum Management (NY) LLC, et. al., Defendant(s)

Service of Process by
**APS International, Ltd.**
**1-800-328-7171**



APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  152772-0032

**AFFIDAVIT OF SERVICE -- Corporate**
Service of Process on:

HOLLAND & KNIGHT LLP                          --MN Consulting NY LLC
Mr. Elvin Ramos                               Court Case No. 1:18-cv-10936
31 W 52nd Street
New York, NY 10019

State of: __New York__ ) ss.
County of: __Albany__

Name of Server: __Robert Guyette__, undersigned, being duly sworn, deposes and says
that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the __28th__ day of __December__, 20 __18__, at __1:28__ o'clock __P__ M

Place of Service: at __99 Washington Plaza - One Commerce Plaza__, in __Albany, NY 12231__

Documents Served: the undersigned served the documents described as:
**Summons and Complaint with Exhibits 1-96**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**MN Consulting NY LLC**

Person Served, and
Method of Service: By delivering them into the hands of an officer or managing agent whose name and
title is: __Amy Lesch - Authorized Agent__

Description of
Person Receiving
Documents: The person receiving documents is described as follows:
Sex __F__ ; Skin Color __W__ ; Hair Color __Blonde__ ; Facial Hair ____
Approx. Age __30__ ; Approx. Height __5'9"__ ; Approx. Weight __160__

| To the best of my knowledge and belief, said person was not engaged in the US
Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury      Subscribed and sworn to before me this
that the foregoing is true and correct.                                 __28th__ day of __December__, 20 __18__

_____                                        _____
Signature of Server                                                    Notary Public                    (Commission Expires)

**APS International, Ltd.**

YVONNE STRAIN
Notary Public, State of New York
No. 01ST6314054
Qualified in Schenectady County
Commission Expires November 3, 2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
ATTORNEY(S) CIVIL ACTION GROUP DBA APS INTERNATIONAL , LTD
7800 GLENROY ROAD MINNEAPOLIS, MN 55439 | HOLLAND & KNIGHT LLP

PH. (800) 328-7171

Index Number: 1:18-cv-10936
Date Filed: 11/21/2018
Court/Return Date:

MARTIN TROTT, et al.

*Plaintiff*

vs

PLATINUM MANAGEMENT (NY), et al.

*Defendant.*

STATE OF NEW YORK, COUNTY OF NASSAU, SS.:

John Savage            ,being sworn says:          **AFFIDAVIT OF SERVICE**

Deponent is not a party herein is over the age of 18 years and resides in the State of New York.
On December 28, 2018, at 11:01 AM at 255 WEST BEACH STREET, LONG BEACH, NY 11561, Deponent served the within Summons and Complaint with Exhibits 1-96
The index number and the filing date of the action were endorsed upon the face of the papers so served herein.

On: BARBARA NORDLICHT , therein named, ( hereinafter referred to as "subject").

☐ **#1 INDIVIDUAL**
By delivering a true copy of each to said subject personally; Deponent knew the person so served to be the person described in as said subject therein.

☐ **#2 ENTITY/CORPORATION/LLC/LLP**
By delivering to and leaving with  said individual to be  who specifically stated he/she was authorized to accept service on behalf of the Corporation/Government Agency/Entity.

☒ **#3 SUITABLE AGE PERSON**
By delivering thereat a true copy of each to MARK DOE () a person of suitable age and discretion. Said premises is subject's:[] actual place of business / employment  [X] dwelling house (usual place of abode) within the state.

☐ **#4 AFFIXING TO DOOR**
By affixing a true copy of each to the door of said premises which is subjects [ ] actual place of business / employment  [ ] dwelling house (usual place of abode) within the state. Deponent was unable with due diligence to find subject or person of suitable age and discretion thereat having called thereat on

Address confirmation:
**#5 MAILING**
On , service was completed by mailing a true copy of the above stated document(s) to BARBARA NORDLICHT  at the above stated address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

☒ **#6 DESCRIPTION**
Sex: Male        Color of skin: White        Color of hair: Gray   Age: 45-60
Height: 5ft9in-6ft0in      Weight: 161-200 Lbs. Other Features:

☐ **#7 WITNESS FEES**
The authorized witness fee and / or traveling expenses were paid (tendered) to the recipient in the amount of $

☒ **#8 MILITARY SERVICE**
Deponent asked person spoken to whether the person to be served is currently active in the military service of the United States or of the State of New York, and was informed that said person is not.

☐ **#9 OTHER**

Sworn to before me on December 31, 2018

Patricia Rothfritz
NOTARY PUBLIC STATE OF New York
No. 01RO6055503, Qualified in Nassau County
Commission Expires February 26, 2019

Client's File No.: 152772-0016

Process Server, Please Sign
John Savage
Lic#
Job #: 1838101

**PROFESSIONAL PROCESS SERVERS, 1 COMAC LOOP, UNIT 14B1, RONKONKOMA, NY 11779 PH. 631-647-9470 FAX. 631-647-9468 A DIVISION**

*INTER COUNTY JUDICIAL SERVICES, LLC, 85 WILLIS AVENCE STE. E, MINEOLA, NY 11501 LICENSE # 1371771*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
ATTORNEY(S) CIVIL ACTION GROUP DBA APS INTERNATIONAL , LTD         PH (800) 328-7171
7800 GLENROY ROAD MINNEAPOLIS. MN 55439 | HOLLAND & KNIGHT LLP

Index Number: 1:18-cv-10936
Date Filed: 11/21/2018
Court/Return Date:

MARTIN TROTT, et al.

*Plaintiff*

vs

PLATINUM MANAGEMENT (NY), et al.

*Defendant.*

STATE OF NEW YORK, COUNTY OF NASSAU, SS.:

John Savage         ,being sworn says:                                              **AFFIDAVIT OF SERVICE**

Deponent is not a party herein is over the age of 18 years and resides in the State of New York.

On December 28, 2018, at 11:01 AM at 255 WEST BEACH STREET, LONG BEACH, NY 11561. Deponent served the within Summons and Complaint with Exhibits 1-96

The Index number and the filing date of the action were endorsed upon the face of the papers so served herein.

On: ESTATE OF JULES NORDLICHT , therein named, ( hereinafter referred to as "subject")

☐ **#1 INDIVIDUAL**
By delivering a true copy of each to said subject personally; Deponent knew the person so served to be the person described in as said subject therein.

☐ **#2 ENTITY/CORPORATION/LLC/LLP**
By delivering to and leaving with said individual to be who specifically stated he/she was authorized to accept service on behalf of the Corporation/Government Agency/Entity.

☒ **#3 SUITABLE AGE PERSON**
By delivering thereat a true copy of each to MARK DOE () a person of suitable age and discretion. Said premises is subject's:[] actual place of business / employment  [X] dwelling house (usual place of abode) within the state.

☐ **#4 AFFIXING TO DOOR**
By affixing a true copy of each to the door of said premises which is subjects [ ] actual place of business / employment [ ] dwelling house (usual place of abode) within the state. Deponent was unable with due diligence to find subject or person of suitable age and discretion thereat having called thereat on

Address confirmation:
**#5 MAILING**
On , service was completed by mailing a true copy of the above stated document(s) to ESTATE OF JULES NORDLICHT at the above stated address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

☒ **#6 DESCRIPTION**
Sex: Male         Color of skin: White         Color of hair: Gray   Age: 45-60
Height: 5ft9in-6ft0in         Weight: 161-200 Lbs.  Other Features:

☐ **#7 WITNESS FEES**
The authorized witness fee and / or traveling expenses were paid (tendered) to the recipient in the amount of S

☒ **#8 MILITARY SERVICE**
Deponent asked person spoken to whether the person to be served is currently active in the military service of the United States or of the State of New York, and was informed that said person is not.

☐ **#9 OTHER**

Sworn to before me on December 31, 2018

Patricia Reihilz
NOTARY PUBLIC STATE OF New York
No. 01RU0055503. Qualified in Nassau County
Commission Expires February 26, 2019

Client's File No.: 152772-0016

Process Server, Please Sign
John Savage
Lic#
Job #: 1838114

PROFESSIONAL PROCESS SERVERS, 1 COMAC LOOP, UNIT 14B1, RONKONKOMA, NY 11779 PH. 631-647-9470 FAX. 631-647-9468 A DIVISION

INTER COUNTY JUDICIAL SERVICES, LLC, 85 WILLIS AVENUE STE. E MINEOLA, NY 11501 LICENSE # 1371771

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
ATTORNEY(S) CIVIL ACTION GROUP DBA APS INTERNATIONAL , LTD          PH: (800) 328-7171
7800 GLENROY ROAD MINNEAPOLIS, MN 55439 | HOLLAND & KNIGHT LLP

Index Number: 1:18-cv-10936
Date Filed: 11/21/2018
Court/Return Date:

MARTIN TROTT, et al.

*Plaintiff*

VS

PLATINUM MANAGEMENT (NY), et al.

*Defendant*

STATE OF NEW YORK, COUNTY OF NASSAU, SS.:

**AFFIDAVIT OF SERVICE**

Marwan Elgizawy          ,being sworn says:
Deponent is not a party herein is over the age of 18 years and resides in the State of New York.
On December 28, 2018, at 12:47 PM at 229 WEST 80TH STREET, APT. 80, NEW YORK, NY 10023, Deponent served the within Summons and
Complaint with Exhibits 1-96
The index number and the filing date of the action were endorsed upon the face of the papers so served herein.

On: DANIEL SMALL, therein named, ( hereinafter referred to as "subject").

☐ #1 INDIVIDUAL
By delivering a true copy of each to said subject personally; Deponent knew the person so served to be the person described in as said subject therein.

☐ #2 ENTITY/CORPORATION/LLC/LLP
By delivering to and leaving with  said individual to be  who specifically stated he/she was authorized to accept service on behalf of the Corporation/Government Agency/Entity.

☒ #3 SUITABLE AGE PERSON
By delivering thereat a true copy of each to Ray Doe () a person of suitable age and discretion. Said premises is subject's:() actual place of business / employment  [X] dwelling house (usual place of abode) within the state.

☐ #4 AFFIXING TO DOOR
By affixing a true copy of each to the door of said premises which is subjects [ ] actual place of business / employment  [ ] dwelling house (usual place of abode) within the state. Deponent was unable with due diligence to find subject or person of suitable age and discretion thereat having called thereat on

Address confirmation:
─ #5 MAILING
On , service was completed by mailing a true copy of the above stated document(s) to DANIEL SMALL at the above stated address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

☒ #6 DESCRIPTION
Sex: Male          Color of skin: Black          Color of hair: Black          Age: 21-35
Height: 5ft9in-6ft0in          Weight: 161-200 Lbs. Other Features:

☐ #7 WITNESS FEES
The authorized witness fee and / or traveling expenses were paid (tendered) to the recipient in the amount of $

☒ #8 MILITARY SERVICE
Deponent asked person spoken to whether the person to be served is currently active in the military service of the United States or of the State of New York, and was informed that said person is not.

☐ #9 OTHER

Sworn to before me on December 31, 2018

Patricia Rothfritz
NOTARY PUBLIC STATE OF New York
No. 01R06055503, Qualified in Nassau County
Commission Expires February 26, 2019

Process Server, Please Sign
Marwan Elgizawy
Lic# 2076592
Job #: 1838106

Client's File No.: 152772-0021

**PROFESSIONAL PROCESS SERVERS, 1 COMAC LOOP, UNIT 14B1, RONKONKOMA, NY 11779 PH. 631-647-9470 FAX. 631-647-9468 A DIVISION**

INTER COUNTY JUDICIAL SERVICES, LLC, 85 WILLIS AVENUE STE. F, MINEOLA, NY 11501 LICENSE # 1371771

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
ATTORNEY(S) CIVIL ACTION GROUP DBA APS INTERNATIONAL , LTD        PH: (800) 328-7171
7800 GLENROY ROAD MINNEAPOLIS, MN 55439 | HOLLAND & KNIGHT LLP

Index Number: 1:18-cv-10936
Date Filed: 11/21/2018
Court/Return Date:

MARTIN TROTT, et al.

Plaintiff

VS

PLATINUM MANAGEMENT (NY), et al.

Defendant

STATE OF NEW YORK, COUNTY OF NASSAU, SS.:

Marwan Elgizawy        , being sworn says:        **AFFIDAVIT OF SERVICE**
Deponent is not a party herein is over the age of 18 years and resides in the State of New York.
On December 28, 2018, at 12:35 PM at 80 RIVERSIDE BLVD, APT 24C, NEW YORK, NY 10069. Deponent served the within Summons and Complaint
with Exhibits 1-96
The index number and the filing date of the action were endorsed upon the face of the papers so served herein.

On: DAVID LEVY, therein named, ( hereinafter referred to as "subject").

☐ **#1 INDIVIDUAL**
By delivering a true copy of each to said subject personally; Deponent knew the person so served to be the person described in as said
subject therein.

☐ **#2 ENTITY/CORPORATION/LLC/LLP**
By delivering to and leaving with  said individual to be  who specifically stated he/she was authorized to accept service on behalf of the
Corporation/Government Agency/Entity.
☒ **#3 SUITABLE AGE PERSON**
By delivering thereat a true copy of each to Bryan Doe () a person of suitable age and discretion. Said premises is subject's:[] actual
place of business / employment  [X] dwelling house (usual place of abode) within the state.

☐ **#4 AFFIXING TO DOOR**
By affixing a true copy of each to the door of said premises which is subjects [ ] actual place of business / employment  [ ] dwelling
house (usual place of abode) within the state. Deponent was unable with due diligence to find subject or person of suitable age and
discretion thereat having called thereat on

Address confirmation:
- - **#5 MAILING**
On , service was completed by mailing a true copy of the above stated document(s) to DAVID LEVY at the above stated
address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under
the exclusive care and custody of the United States Post Office in the State of New York.

☒ **#6 DESCRIPTION**
Sex: Male        Color of skin: Brown        Color of hair: Black   Age: 21-35
Height: 5ft9in-6ft0in        Weight: 161-200 Lbs. Other Features:
☐ **#7 WITNESS FEES**
The authorized witness fee and / or traveling expenses were paid (tendered) to the recipient in the amount of $

☒ **#8 MILITARY SERVICE**
Deponent asked person spoken to whether the person to be served is currently active in the military service of the United States or of
the State of New York, and was informed that said person is not.
☐ **#9 OTHER**

Sworn to before me on December 31, 2018

Patricia Rodriguez
NOTARY PUBLIC STATE OF New York
No. 01R06055503, Qualified in Nassau County
Commission Expires February 26, 2019        Client's File No.: 152772-0023

Process Server, Please Sign
Marwan Elgizawy
Lic# 2076592
Job #: 1838109

**PROFESSIONAL PROCESS SERVERS, 1 COMAC LOOP, UNIT 14B1, RONKONKOMA, NY 11779 PH. 631-647-9470 FAX. 631-647-9468 A DIVISION**

INTER COUNTY JUDICIAL SERVICES, LLC, 85 WILLIS AVENUE STE. F, MINEOLA, NY 11501 LICENSE # 1371771

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
ATTORNEY(S) CIVIL ACTION GROUP DBA APS INTERNATIONAL , LTD          PH. (800) 328-7171
7800 GLENROY ROAD MINNEAPOLIS, MN 55439 | HOLLAND & KNIGHT LLP

Index Number: 1::18-cv-10936
Date Filed: 11/21/2018
Court/Return Date:

MARTIN TROTT, et al.

*Plaintiff*

vs

PLATINUM MANAGEMENT (NY), et al.

*Defendant.*

STATE OF NEW YORK, COUNTY OF NASSAU, SS.:                          **AFFIDAVIT OF SERVICE**
John Savage        ,being sworn says:
Deponent is not a party herein is over the age of 18 years and resides in the State of New York.
On December 27, 2018, at 7:07 PM at 15 Manor Lane, Lawrence, NY 11559, Deponent served the within Summons and Complaint with Exhibits 1-96

The index number and the filing date of the action were endorsed upon the face of the papers so served herein.

On: HUBERFELD FAMILY FOUNDATION, by serving Murray Huberfeld , therein named, ( hereinafter referred to as "subject").

☐ **#1 INDIVIDUAL**
By delivering a true copy of each to said subject personally; Deponent knew the person so served to be the person described in as said subject therein.

☐ **#2 ENTITY/CORPORATION/LLC/LLP**
By delivering to and leaving with  said individual to be  who specifically stated he/she was authorized to accept service on behalf of the Corporation/Government Agency/Entity.

☒ **#3 SUITABLE AGE PERSON**
By delivering thereat a true copy of each to MARJORIE FONG () a person of suitable age and discretion. Said premises is subject's:[] actual place of business / employment  [X] dwelling house (usual place of abode) within the state.

☐ **#4 AFFIXING TO DOOR**
By affixing a true copy of each to the door of said premises which is subject's [ ] actual place of business / employment  [ ] dwelling house (usual place of abode) within the state. Deponent was unable with due diligence to find subject or person of suitable age and discretion thereat having called thereat on

Address confirmation:

☐ **#5 MAILING**
On , service was completed by mailing a true copy of the above stated document(s) to HUBERFELD FAMILY FOUNDATION, by serving Murray Huberfeld at the above stated address in a First Class postpaid property addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

☒ **#6 DESCRIPTION**
Sex: Female        Color of skin: Yellow        Color of hair: Black/Gray   Age. 50-65
Height: 5ft4in-5ft8in        Weight: 161-200 Lbs.  Other Features:

☐ **#7 WITNESS FEES**
The authorized witness fee and / or traveling expenses were paid (tendered) to the recipient in the amount of $

☒ **#8 MILITARY SERVICE**
Deponent asked person spoken to whether the person to be served is currently active in the military service of the United States or of the State of New York, and was informed that said person is not.

☐ **#9 OTHER**

Sworn to before me on December 28, 2018

Patricia Rothfritz
NOTARY PUBLIC STATE OF New York
No. 01RO6055503. Qualified in Nassau County
Commission Expires February 26, 2019

Client's File No.: 152772-0025

Process Server, Please Sign
John Savage
Lic#
Job #: 1838110

**PROFESSIONAL PROCESS SERVERS. 1 Comac Loop, unit 14B1, Ronkonkoma, NY 11779 Ph. 631-647-9470 Fax. 631-647-9468 a division**
*Inter County Judicial Services, LLC, 85 Willis Avenue Ste. E, Mineola, NY 11501 LICENSE # 1371771*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
ATTORNEY(S) CIVIL ACTION GROUP DBA APS INTERNATIONAL , LTD        PH. (800) 328-7171
7800 GLENROY ROAD MINNEAPOLIS, MN 55439 | HOLLAND & KNIGHT LLP

Index Number. 1-18-cv-10936
Date Filed: 11/21/2018
Court/Return Date:

MARTIN TROTT, et al.

*Plaintiff*

vs

PLATINUM MANAGEMENT (NY), et al.

*Defendant*

STATE OF NEW YORK, COUNTY OF NASSAU, SS.:

**AFFIDAVIT OF SERVICE**

John Savage          ,being sworn says:
Deponent is not a party herein is over the age of 18 years and resides in the State of New York.
On December 27, 2018 at 7:07 PM at 15 Manor Lane, Lawrence, NY 11559, Deponent served the within Summons and Complaint with Exhibits 1-96

The index number and the filing date of the action were endorsed upon the face of the papers so served herein.

On: Murray Huberfeld, therein named, ( hereinafter referred to as "subject").

☐ **#1 INDIVIDUAL**
By delivering a true copy of each to said subject personally; Deponent knew the person so served to be the person described in as said subject therein.

☐ **#2 ENTITY/CORPORATION/LLC/LLP**
By delivering to and leaving with  said individual to be  who specifically stated he/she was authorized to accept service on behalf of the Corporation/Government Agency/Entity.

☒ **#3 SUITABLE AGE PERSON**
By delivering thereat a true copy of each to MARJORIE FONG () a person of suitable age and discretion. Said premises is subject's.[] actual place of business / employment [X] dwelling house (usual place of abode) within the state.

☐ **#4 AFFIXING TO DOOR**
By affixing a true copy of each to the door of said premises which is subjects [ ] actual place of business / employment [ ] dwelling house (usual place of abode) within the state. Deponent was unable with due diligence to find subject or person of suitable age and discretion thereat having called thereat on

Address confirmation:
**#5 MAILING**
On , service was completed by mailing a true copy of the above stated document(s) to Murray Huberfeld at the above stated address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

☒ **#6 DESCRIPTION**
Sex: Female     Color of skin: Yellow      Color of hair: Black/Gray   Age: 50-65
Height: 5ft4in-5ft8in       Weight: 161-200 Lbs. Other Features:

☐ **#7 WITNESS FEES**
The authorized witness fee and / or traveling expenses were paid (tendered) to the recipient in the amount of $

☒ **#8 MILITARY SERVICE**
Deponent asked person spoken to whether the person to be served is currently active in the military service of the United States or of the State of New York, and was informed that said person is not.

☐ **#9 OTHER**

Sworn to before me on December 28, 2018

Patricia Rothluz
NOTARY PUBLIC STATE OF New York
No. 01RO6035503, Qualified in Nassau County
Commission Expires February 26, 2019

Client's File No.: 152772-0025

Process Server, Please Sign
John Savage
Lic#
Job #: 1838111

**PROFESSIONAL PROCESS SERVERS, 1 Cemac Loop, Unit 14B1, Ronkonkoma, NY 11779 Ph. 631-647-9470 Fax. 631-647-9468** A DIVISION
*Inter County Judicial Services, LLC, 35 Willis Avenue Ste. E, Mineola, NY 11501 LICENSE # 1371771*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
ATTORNEY(S) CIVIL ACTION GROUP DBA APS INTERNATIONAL , LTD       PH (800) 328-7171
7800 GLENROY ROAD MINNEAPOLIS, MN 55439 | HOLLAND & KNIGHT LLP

Index Number: 1:18-cv-10936
Date Filed: 11/21/2018
Court/Return Date:

MARTIN TROTT, et al.

Plaintiff

vs

PLATINUM MANAGEMENT (NY), et al.

Defendant

STATE OF NEW YORK, COUNTY OF NASSAU, SS.:

__John Savage__                   ,being sworn says:                                      **AFFIDAVIT OF SERVICE**
Deponent is not a party herein is over the age of 18 years and resides in the State of New York.
On __December 27, 2018__, at __7:18 PM__ at __1 BEECHWOOD DRIVE, LAWRENCE, NY 11559__. Deponent served the within Summons and Complaint with
Exhibits 1-96
The index number and the filing date of the action were endorsed upon the face of the papers so served herein.

On: __MOSHE M. FEUER, aka MARK FEUER__ , therein named, ( hereinafter referred to as "subject").

☒ **#1 INDIVIDUAL**
    By delivering a true copy of each to said subject personally; Deponent knew the person so served to be the person described in as said
    subject therein.

☐ **#2 ENTITY/CORPORATION/LLC/LLP**
    By delivering to and leaving with  said individual to be  who specifically stated he/she was authorized to accept service on behalf of the
    Corporation/Government Agency/Entity.
☐ **#3 SUITABLE AGE PERSON**
    By delivering thereat a true copy of each to  () a person of suitable age and discretion. Said premises is subject's:[] actual place of
    business / employment  [] dwelling house (usual place of abode) within the state.

☐ **#4 AFFIXING TO DOOR**
    By affixing a true copy of each to the door of said premises which is subjects [ ] actual place of business / employment [ ] dwelling
    house (usual place of abode) within the state. Deponent was unable with due diligence to find subject or person of suitable age and
    discretion thereat having called thereat on

    Address confirmation:

☐ **#5 MAILING**
    On , service was completed by mailing a true copy of the above stated document(s) to __MOSHE M. FEUER, aka MARK FEUER__
    at the above stated address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an
    official depository under the exclusive care and custody of the United States Post Office in the State of New York.

☒ **#6 DESCRIPTION**
    Sex: Male        Color of skin: White        Color of hair: Blonde    Age: 35-50
    Height: 5ft9in-6ft0in        Weight: 161-200 Lbs. Other Features:
☐ **#7 WITNESS FEES**
    The authorized witness fee and / or traveling expenses were paid (tendered) to the recipient in the amount of $

☒ **#8 MILITARY SERVICE**
    Deponent asked person spoken to whether the person to be served is currently active in the military service of the United States or of
    the State of New York, and was informed that said person is not.
☐ **#9 OTHER**

Sworn to before me on December 31, 2018

Patricia Rothing
NOTARY PUBLIC STATE OF New York
No. 01RO6055503, Qualified in Nassau County
Commission Expires February 26, 2019

Client's File No.: 152772-0024

Process Server/Please Sign
John Savage
Lic#
Job #: 1838126

**PROFESSIONAL PROCESS SERVERS, 1 Comac Loop, unit 14B1, Ronkonkoma, NY 11779 Ph. 631-647-9470 Fax. 631-647-9468 A DIVISION**
Inter County Judicial Services, LLC, 85 Willis Avenue Ste. E Mineola, NY 11501 LICENSE # 1371771

P5

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
ATTORNEY(S) CIVIL ACTION GROUP DBA APS INTERNATIONAL , LTD          PH: (800) 328-7171
7800 GLENROY ROAD MINNEAPOLIS, MN 55439 | HOLLAND & KNIGHT LLP

Index Number 1:18-cv-10936
Date Filed: 11/21/2018
Court/Return Date:

MARTIN TROTT, et al.

*Plaintiff*

vs

PLATINUM MANAGEMENT (NY), et al.

*Defendant.*

STATE OF NEW YORK, COUNTY OF NASSAU, SS.:
John Savage          ,being sworn says:          **AFFIDAVIT OF SERVICE**
Deponent is not a party herein is over the age of 18 years and resides in the State of New York.
On December 27, 2018, at 7:16 PM at 1 BEECHWOOD DRIVE, LAWRENCE, NY 11559. Deponent served the within Summons and Complaint with
Exhibits 1-98
The index number and the filing date of the action were endorsed upon the face of the papers so served herein.

On: BEECHWOOD CAPITAL GROUP , LLC BY SERVING MARK FEUER , therein named, ( hereinafter referred to as "subject").

☐ **#1 INDIVIDUAL**
By delivering a true copy of each to said subject personally; Deponent knew the person so served to be the person described in as said
subject therein.
☒ **#2 ENTITY/CORPORATION/LLC/LLP**
By delivering to and leaving with MARK FEUER said individual to be  who specifically stated he/she was authorized to accept service
on behalf of the Corporation/Government Agency/Entity.
☐ **#3 SUITABLE AGE PERSON**
By delivering thereat a true copy of each to  () a person of suitable age and discretion. Said premises is subject's:[] actual place of
business / employment  [] dwelling house (usual place of abode) within the state.

☐ **#4 AFFIXING TO DOOR**
By affixing a true copy of each to the door of said premises which is subjects [ ] actual place of business / employment  [ ] dwelling
house (usual place of abode) within the state. Deponent was unable with due diligence to find subject or person of suitable age and
discretion thereat having called thereat on

Address confirmation:
☐ **#5 MAILING**
On , service was completed by mailing a true copy of the above stated document(s) to BEECHWOOD CAPITAL GROUP , LLC
BY SERVING MARK FEUER at the above stated address in a First Class postpaid properly addressed envelope marked "Personal
and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New
York.

☒ **#6 DESCRIPTION**
Sex: Male          Color of skin: White          Color of hair: Blonde     Age: 35-50
Height: 5ft9in-6ft0in          Weight: 161-200 Lbs. Other Features:
☐**#7 WITNESS FEES**
The authorized witness fee and / or traveling expenses were paid (tendered) to the recipient in the amount of $

☒ **#8 MILITARY SERVICE**
Deponent asked person spoken to whether the person to be served is currently active in the military service of the United States or of
the State of New York, and was informed that said person is not.
☐ **#9 OTHER**

Sworn to before me on December 31, 2018

Patricia Rothlritz
NOTARY PUBLIC STATE OF New York
No. 01R05055503, Qualified in Nassau County
Commission Expires February 26, 2019          Client's File No.: 152772-0024

Process Server, Please Sign
John Savage
Lic#
Job #: 1838127

**PROFESSIONAL PROCESS SERVERS**,  1 COMAC LOOP, UNIT 14B1, RONKONKOMA, NY 11779 PH. 631-647-9470 Fax. 631-647-9468 A DIVISION

INTER COUNTY JUDICIAL SERVICES, LLC,  85 WILLIS AVENUE STE. F, MINEOLA, NY 11501 LICENSE # 1371771

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ATTORNEY(S) CIVIL ACTION GROUP DBA APS INTERNATIONAL , LTD
7800 GLENROY ROAD MINNEAPOLIS, MN 55439 | HOLLAND & KNIGHT LLP          PH: (800) 328-7171

Index Number: 1:18-cv-10936
Date Filed: 11/21/2018
Court/Return Date:

MARTIN TROTT, et al.

*Plaintiff*

vs

PLATINUM MANAGEMENT (NY), et al.

*Defendant*

STATE OF NEW YORK, COUNTY OF NASSAU, SS.:

Raed Ibrahim          ,being sworn says:                              **AFFIDAVIT OF SERVICE**

Deponent is not a party herein is over the age of 18 years and resides in the State of New York.

On December 28, 2018, at 1:40 PM at 1638 58TH STREET, BROOKLYN, NY 11204, Deponent served the within Summons and Complaint with Exhibits 1-96

The index number and the filing date of the action were endorsed upon the face of the papers so served herein.

On: NAFTALI MANELA , therein named, ( hereinafter referred to as "subject")

☒ **#1 INDIVIDUAL**
By delivering a true copy of each to said subject personally; Deponent knew the person so served to be the person described in as said subject therein.

☐ **#2 ENTITY/CORPORATION/LLC/LLP**
By delivering to and leaving with  said individual to be  who specifically stated he/she was authorized to accept service on behalf of the Corporation/Government Agency/Entity.

☐ **#3 SUITABLE AGE PERSON**
By delivering thereat a true copy of each to  () a person of suitable age and discretion. Said premises is subject's:[] actual place of business / employment [] dwelling house (usual place of abode) within the state.

☐ **#4 AFFIXING TO DOOR**
By affixing a true copy of each to the door of said premises which is subjects [  ] actual place of business / employment  [  ] dwelling house (usual place of abode) within the state. Deponent was unable with due diligence to find subject or person of suitable age and discretion thereat having called thereat on

Address confirmation:

☐ **#5 MAILING**
On , service was completed by mailing a true copy of the above stated document(s) to NAFTALI MANELA at the above stated address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

☒ **#6 DESCRIPTION**
Sex: Male          Color of skin: White          Color of hair: Black/Gray   Age: 36-50
Height: 5ft9in-6ft0in          Weight: Over 200 Lbs.   Other Features:

☐ **#7 WITNESS FEES**
The authorized witness fee and / or traveling expenses were paid (tendered) to the recipient in the amount of $

☒ **#8 MILITARY SERVICE**
Deponent asked person spoken to whether the person to be served is currently active in the military service of the United States or of the State of New York, and was informed that said person is not.

☐ **#9 OTHER**

Sworn to before me on December 31, 2018

Patricia Rothfritz
NOTARY PUBLIC STATE OF New York
No. 01RO6055503, Qualified in Nassau County
Commission Expires February 26, 2019          Client's File No.: 152772-0018

Process Server, Please Sign
Raed Ibrahim
Lic# 1326602
Job #: 1838103

**PROFESSIONAL PROCESS SERVERS,** 1 COMAC LOOP, UNIT 14B1, RONKONKOMA, NY 11779 PH. 631-647-9470 Fax. 631-647-9468 A DIVISION
INTER COUNTY JUDICIAL SERVICES, LLC, 85 WILLIS AVENUE STE. F, MINEOLA, NY 11501 LICENSE # 1371771

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
ATTORNEY(S) CIVIL ACTION GROUP DBA APS INTERNATIONAL , LTD
7800 GLENROY ROAD MINNEAPOLIS, MN 55439 | HOLLAND & KNIGHT LLP

PH: (800) 328-7171

Index Number: 1:18-cv-10936
Date Filed: 11/21/2018
Court/Return Date:

**MARTIN TROTT, et al.**

Plaintiff

vs

**PLATINUM MANAGEMENT (NY), et al.**

Defendant

STATE OF NEW YORK, COUNTY OF NASSAU, SS.:

Raed Ibrahim         , being sworn says:

**AFFIDAVIT OF SERVICE**

Deponent is not a party herein is over the age of 18 years and resides in the State of New York.
On December 28, 2018, at 1:20 PM at 1075 EAST 23RD STREET, BROOKLYN, NY 11210. Deponent served the within Summons and Complaint with Exhibits 1-96

The index number and the filing date of the action were endorsed upon the face of the papers so served herein.

On: MN CONSULTING NY LLC, therein named, ( hereinafter referred to as "subject").

☐ **#1 INDIVIDUAL**
By delivering a true copy of each to said subject personally; Deponent knew the person so served to be the person described in as said subject therein.

☒ **#2 ENTITY/CORPORATION/LLC/LLP**
By delivering to and leaving with Arna Yatimshu said individual to be Authorized Agent who specifically stated he/she was authorized to accept service on behalf of the Corporation/Government Agency/Entity.

☐ **#3 SUITABLE AGE PERSON**
By delivering thereat a true copy of each to  () a person of suitable age and discretion. Said premises is subject's:[] actual place of business / employment  [] dwelling house (usual place of abode) within the state.

☐ **#4 AFFIXING TO DOOR**
By affixing a true copy of each to the door of said premises which is subjects [ ] actual place of business / employment  [ ] dwelling house (usual place of abode) within the state. Deponent was unable with due diligence to find subject or person of suitable age and discretion thereat having called thereat on

Address confirmation:

☐ **#5 MAILING**
On , service was completed by mailing a true copy of the above stated document(s) to MN CONSULTING NY LLC at the above stated address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

☒ **#6 DESCRIPTION**
Sex: Female      Color of skin: White      Color of hair: Gray   Age: 51-65
Height: 5ft4in-5ft8in      Weight: 131-160 Lbs.  Other Features:

☐ **#7 WITNESS FEES**
The authorized witness fee and / or traveling expenses were paid (tendered) to the recipient in the amount of $

☐ **#8 MILITARY SERVICE**
Deponent asked person spoken to whether the person to be served is currently active in the military service of the United States or of the State of New York, and was informed that said person is not.

☐ **#9 OTHER**

Sworn to before me on December 31, 2018

Patricia Rothfritz
NOTARY PUBLIC STATE OF New York
No. 01R06055503, Qualified in Nassau County
Commission Expires February 26, 2019

Client's File No.: 152772-0017

Process Server, Please Sign
Raed Ibrahim
Lic# 1326602
Job #: 1838102

**PROFESSIONAL PROCESS SERVERS,  1 COMAC LOOP, UNIT 14B1, RONKONKOMA, NY 11779 PH. 631-647-9470 FAX. 631-647-9468 A DIVISION**
*INTER COUNTY JUDICIAL SERVICES, LLC. 85 WILLIS AVENUE STE. F, MINEOLA, NY 11501 LICENSE # 1371771*

UNITED STATES DISTRICT COURT
COUNTY OF    SOUTHERN DST. NEW YORK

APS INTERNATIONAL, LTD.

MARTIN TROTT, ET AL.

**Plaintiff(s)**

- against -

PLATINUM MANAGEMENT (NY) LLC, ET AL.    **Defendant(s)**

Index No.    1:18-CV-10936

**AFFIDAVIT OF SERVICE OF:**

SUMMONS AND COMPLAINT WITH EXHIBITS 1-96

STATE OF NEW YORK: COUNTY OF WESTCHESTER    ss:

EDWARD SILLER, JR    BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on    12/27/18 at 1354    Hours at 3 STONEBRIDGE ROAD PURCHASE, NY 10577
deponent served the within    SUMMONS AND COMPLAINT WITH EXHIBITS 1-96    therein named,    on

DHRUV NARAIN    on

**INDIVIDUAL**    by delivering a true copy of each to said personally; deponent knew the person so served to be the person described as said person
**A** [x]    therein.    [x] (S) He identified (her) himself as such.

**CORPORATION**    a (domestic) (foreign) corporation by delivering thereat a true copy of each to
**B** [ ]    personally, deponent knew said corporation so served to be the corporation described in legal papers and knew said individual to be    thereof

**SUITABLE AGE PERSON**    by delivering thereat a true copy of each to
**C** [ ]    a person of suitable age and discretion. Said premises is defendant's (actual place of business ) (dwelling house) (usual place of abode) within the state.    [ ] (S) He identified (her) himself as    of defendant

**AFFIXING TO DOOR, ETC.**    by affixing a true copy of each to the door of said premises, which is defendant's (actual place of business) (dwelling house) (usual place
**D** [ ]    of abode) within the state. Deponent was unable, with due diligence to find defendant or a person of suitable age and discretion, thereat, having called there on the dates below:

**MAILING USE WITH C or D**    Deponent also enclosed a copy of same in a postpaid sealed wrapper properly addressed to the above defendant
[ ]    at    and deposited
said wrapper in (a post office) official depository under exclusive care and custody of the United States Postal Service within New York State.
Deponent further states that he describes the person actually served as follows

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx.) |
|-----|-----------|-----------|---------------|------------------|------------------|
| MALE | BROWN | SALT/PEPPR | 50 | 5'10 | 160 |

**MILITARY SERVICE**    Person spoken to was asked whether the defendant was (were) in the military service of the State of New York or the United
[x]    States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid deponent avers that the defendant is not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

That at the time of such service deponent knew the person so served as aforesaid to be the same person (s) mentioned and described as the defendant in this action.

**USE IN NYC CIVIL CT.**    The language required by NYCRR 2900.2(e), (f) & (h) was set forth on the face of said summons (es).
[ ]

Sworn to before me on the

12/27/18

GERI L. FRAGETTE
Notary Public, State of New York
No. 01AL5047399
Qualified in Westchester County
Commission Expires July 31, 2001

EDWARD SILLER, JR
LICENSE No.

# 185587

UNITED STATES DISTRICT COURT                    APS INTERNATIONAL, LTD.
COUNTY OF    SOUTHERN DST, NEW YORK

| | |
|---|---|
| MARTIN TROTT, ET AL. | Index No.    1:18-CV-10936 |
| - against-    **Plaintiff(s)** | **AFFIDAVIT OF SERVICE OF:** |
| PLATINUM MANAGEMENT (NY) LLC, ET AL.    **Defendant(s)** | SUMMONS AND COMPLAINT WITH EXHIBITS 1-96 |

STATE OF NEW YORK: COUNTY OF WESTCHESTER  ss:

EDWARD SILLER, JR.    BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on    12/27/18 at 1444    Hours at 245 TRENOR DRIVE NEW ROCHELLE, NY 10804
deponent served the within    SUMMONS AND COMPLAINT WITH EXHIBITS 1-96    therein named,    on
MARK NORDLICHT

**INDIVIDUAL**
**A** ☐
by delivering a true copy of each to said personally; deponent knew the person so served to be the person described as said person therein.    ☐ (S) He identified (her) himself as such.

**CORPORATION**
**B** ☐
a (domestic) (foreign) corporation by delivering thereat a true copy of each to
personally, deponent knew said corporation so served to be the corporation described in legal papers and knew said individual to be    thereof

**SUITABLE AGE PERSON**
**C** ☒
by delivering thereat a true copy of each to    JANE DOE (REFUSED TO GIVE NAME)
a person of suitable age and discretion. Said premises is defendant's (actual place of business) (dwelling house) (usual place of abode) within the state.    ☒ (S) He identified (her) himself as    CO-TENANT    of defendant

**AFFIXING TO DOOR, ETC.**
**D** ☐
by affixing a true copy of each to the door of said premises, which is defendant's (actual place of business) (dwelling house) (usual place of abode) within the state. Deponent was unable, with due diligence to find defendant or a person of suitable age and discretion, thereat, having called there on the dates below:

**MAILING USE WITH C or D**
☐
Deponent also enclosed a copy of same in a postpaid sealed wrapper properly addressed to the above defendant at    and deposited
said wrapper in (a post office) official depository under exclusive care and custody of the United States Postal Service within New York State.

Deponent further states that he describes the person actually served as follows

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx.) |
|---|---|---|---|---|---|
| FEMALE | WHITE | RED | 65 | 5'4 | 140 |

GLASSES

**MILITARY SERVICE**
☒
Person spoken to was asked whether the defendant was (were) in the military service of the State of New York or the United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid deponent avers that the defendant is not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

That at the time of such service deponent knew the person (s) so served as aforesaid to be the same person (s) mentioned and described as the defendant in this action.

**USE IN NYC CIVIL CT.**
The language required by NYCRR 2900.2(e), (f) & (h) was set forth on the face of said summons (es).

Sworn to before me on the

12/27/18

GERI L. FRAGETTE
Notary Public, State of New York
No. 01AL5047399
Qualified in Westchester County
Commission Expires July 31, 20__

EDWARD SILLER, JR.
LICENSE No.

# 185586

Martin Trott, et. al., Plaintiff(s)
vs.
Platinum Management (NY) LLC, et. al., Defendant(s)



**Service of Process by**
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 152772-0008

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Beechwood Trust No. 1, c/o U.S. Bank Trust N.A.
Court Case No. 1:18-cv-10936

HOLLAND & KNIGHT LLP
Mr. Elvin Ramos
31 W 52nd Street
New York, NY 10019

State of: _____Delaware_____ ) ss.
County of: _____New Castle_____ )

**Name of Server:** _____Robert DeLacy_____, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _27_ day of _December_, 20 _18_, at _3:00_ o'clock _P_ M

**Place of Service:** at _2951 Centerville Road_, in _Wilmington, DE 19808_

**Documents Served:** the undersigned served the documents described as:
Summons and Complaint with Exhibits 1-96

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
Beechwood Trust No. 1, c/o U.S. Bank Trust N.A.

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: _Cathleen Mcveigh, Authorized to Accept Service_

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex _F_ ; Skin Color _Caucasian_ ; Hair Color _Blonde_ ; Facial Hair _n/a_
Approx. Age _55-60_ ; Approx. Height _5'7_ ; Approx. Weight _180 lbs_

_X_ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_____
Signature of Server

**APS International, Ltd.**

Subscribed and sworn to before me this
_28th_ day of _December_, 20_18_

_Thomas M. Marshall_
Notary Public    (Commission Expires)

THOMAS M. MARSHALL
MY COMMISSION
EXPIRES
OCTOBER 18, 2020
NOTARY PUBLIC
STATE OF DELAWARE

Martin Trott, et. al., Plaintiff(s)
vs.
Platinum Management (NY) LLC, et. al., Defendant(s)



Service of Process by

**APS International, Ltd.**

**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 152772-0008

## AFFIDAVIT OF SERVICE — Corporate

Service of Process on:

**HOLLAND & KNIGHT LLP**
Mr. Elvin Ramos
31 W 52nd Street
New York, NY 10019

--Beechwood Trust No 10, c/o U.S. Bank Trust N.A.
Court Case No. 1:18-cv-10936

State of: _Delaware_ ) ss.
County of: _New Castle_ )

| | |
|---|---|
| **Name of Server:** | _Robert DeLacy_ , undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action; |
| **Date/Time of Service:** | that on the _27_ day of _December_ , _2018_ , at _3:00_ o'clock P M |
| **Place of Service:** | at _2951 Centerville Road_ , in _Wilmington, DE 19808_ |
| **Documents Served:** | the undersigned served the documents described as: <br> **Summons and Complaint with Exhibits 1-96** |
| **Service of Process on:** | A true and correct copy of the aforesaid document(s) was served on: <br> Beechwood Trust No 10, c/o U.S. Bank Trust N.A. |
| **Person Served, and Method of Service:** | By delivering them into the hands of an officer or managing agent whose name and title is: _Cathleen Mcveigh, Authorized to Accept Service_ |
| **Description of Person Receiving Documents:** | The person receiving documents is described as follows: <br> Sex _F_ ; Skin Color _Caucasian_ ; Hair Color _Blonde_ ; Facial Hair _n/a_ <br> Approx. Age _55-60_ ; Approx. Height _5'7_ ; Approx. Weight _180 lbs_ <br><br> X   To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service. |
| **Signature of Server:** | Undersigned declares under penalty of perjury that the foregoing is true and correct. <br><br> _Signature of Server_ | Subscribed and sworn to before me this _day of_ , 20 <br><br> Notary Public          (Commission Expires) |

**APS International, Ltd.**

THOMAS M. MARSHALL
COMMISSION
EXPIRES
OCTOBER 18, 2020
NOTARY PUBLIC
STATE OF DELAWARE

Martin Trott, et. al., Plaintiff(s)
vs.
Platinum Management (NY) LLC, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 152772-0006

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Beechwood Trust No 11, c/o U.S. Bank Trust N.A.
Court Case No. 1:18-cv-10936

HOLLAND & KNIGHT LLP
Mr. Elvin Ramos
31 W 52nd Street
New York, NY 10019

| | |
|---|---|
| State of: | Delaware ) ss. |
| County of: | New Castle ) |

**Name of Server:** Robert DeLacy , undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 27 day of December , 20 18 , at 3:00 o'clock p M

**Place of Service:** at 2951 Centerville Road , in Wilmington, DE 19808

**Documents Served:** the undersigned served the documents described as:
Summons and Complaint with Exhibits 1-96

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
Beechwood Trust No 11, c/o U.S. Bank Trust N.A.

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: Cathleen Mcveigh, Authorized to Accept Service

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex F ; Skin Color Caucasian ; Hair Color Blonde ; Facial Hair n/a
Approx. Age 55-60 ; Approx. Height 5'7 ; Approx. Weight 180 lbs

X   To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_____
Signature of Server

**APS International, Ltd.**

Subscribed and sworn to before me this
28th day of December , 2018

_____
Notary Public                    (Commission Expires)

THOMAS M. MARSHALL
MY COMMISSION
EXPIRES
OCTOBER 18, 2020
NOTARY PUBLIC
STATE OF DELAWARE

Martin Trott, et. al., Plaintiff(s)
vs.
Platinum Management (NY) LLC, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 152772-0009

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Beechwood Trust No 12, c/o U.S. Bank Trust N.A.
Court Case No. 1:18-cv-10936

HOLLAND & KNIGHT LLP
Mr. Elvin Ramos
31 W 52nd Street
New York, NY 10019

---

**State of:** Delaware ) ss.
**County of:** New Castle )

**Name of Server:** Robert DeLacy , undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 27 day of December , 20 18 , at 3:00 o'clock P M

**Place of Service:** at 2951 Centerville Road , in Wilmington, DE 19808

**Documents Served:** the undersigned served the documents described as:
Summons and Complaint with Exhibits 1-96

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
Beechwood Trust No 12, c/o U.S. Bank Trust N.A.

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: Cathleen Mcveigh, Authorized to Accept Service

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex F ; Skin Color Caucasian ; Hair Color Blonde ; Facial Hair n/a
Approx. Age 55-60 ; Approx. Height 5'7 ; Approx. Weight 180 lbs

X To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_____
Signature of Server

**APS International, Ltd.**

Subscribed and sworn to before me this 28th day of December , 20 18

_____
Notary Public                (Commission Expires)

THOMAS M. MARSHALL
MY COMMISSION
EXPIRES
OCTOBER 18, 2020
NOTARY PUBLIC
STATE OF DELAWARE

Martin Trott, et. al., Plaintiff(s)
vs.
Platinum Management (NY) LLC, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  152772-0009

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Beechwood Trust No 13, c/o U.S. Bank Trust N.A.
Court Case No. 1:18-cv-10936

HOLLAND & KNIGHT LLP
Mr. Elvin Ramos
31 W 52nd Street
New York, NY 10019

| | |
|---|---|
| State of: | Delaware ) ss. |
| County of: | New Castle ) |
| Name of Server: | **Robert DeLacy**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action; |
| Date/Time of Service: | that on the 27 day of December, 20 18, at 3:00 o'clock p M |
| Place of Service: | at 2951 Centerville Road, in Wilmington, DE 19808 |
| Documents Served: | the undersigned served the documents described as: Summons and Complaint with Exhibits 1-96 |
| Service of Process on: | A true and correct copy of the aforesaid document(s) was served on: Beechwood Trust No 13, c/o U.S. Bank Trust N.A. |
| Person Served, and Method of Service: | By delivering them into the hands of an officer or managing agent whose name and title is: Cathleen Mcveigh, Authorized to Accept Service |
| Description of Person Receiving Documents: | The person receiving documents is described as follows: Sex F ; Skin Color Caucasian ; Hair Color Blonde ; Facial Hair n/a Approx. Age 55-60 ; Approx. Height 5'7 ; Approx. Weight 180 lbs |
| | Х To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service. |
| Signature of Server: | Undersigned declares under penalty of perjury that the foregoing is true and correct. |

Subscribed and sworn to before me this
28 day of December, 2018

_____
Signature of Server

**APS International, Ltd.**

_____
Notary Public   (Commission Expires)

THOMAS M. MARSHALL
MY COMMISSION
EXPIRES
OCTOBER 18, 2020
NOTARY PUBLIC
STATE OF DELAWARE

**Martin Trott, et. al., Plaintiff(s)**
vs.
**Platinum Management (NY) LLC, et. al., Defendant(s)**



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 152772-0009

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Beechwood Trust No 14, c/o U.S. Bank Trust N.A.
Court Case No. 1:18-cv-10936

**HOLLAND & KNIGHT LLP**
**Mr. Elvin Ramos**
**31 W 52nd Street**
**New York, NY 10019**

---

State of: ___Delaware___ ) ss.
County of: ___New Castle___ )

**Name of Server:**   ___Robert DeLacy___, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:**   that on the ___27___ day of ___December___, 20 _18_, at ___3:00___ o'clock _P_ M

**Place of Service:**   at _2951 Centerville Road_, in _Wilmington, DE 19808_

**Documents Served:**   the undersigned served the documents described as:
**Summons and Complaint with Exhibits 1-96**

**Service of Process on:**   A true and correct copy of the aforesaid document(s) was served on:
**Beechwood Trust No 14, c/o U.S. Bank Trust N.A.**

**Person Served, and Method of Service:**   By delivering them into the hands of an officer or managing agent whose name and title is: ___Cathleen Mcveigh, Authorized to Accept Service___

**Description of Person Receiving Documents:**   The person receiving documents is described as follows:
Sex _F_ ; Skin Color _Caucasian_ ; Hair Color _Blonde_ ; Facial Hair _n/a_
Approx. Age _55-60_ ; Approx. Height _5'7_ ; Approx. Weight _180 lbs_

X   To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:**   Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

**APS International, Ltd.**

Subscribed and sworn to before me this
_28_ day of _December_, 20_18_

Notary Public   (Commission Expires)

THOMAS M. MARSHALL
MY COMMISSION EXPIRES
OCTOBER 18, 2020
NOTARY PUBLIC
STATE OF DELAWARE

Martin Trott, et. al., Plaintiff(s)
vs.
Platinum Management (NY) LLC, et. al., Defendant(s)



Service of Process by

**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 152772-0010

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Beechwood Trust No 15, c/o U.S. Bank Trust N.A.
Court Case No. 1:18-cv-10936

HOLLAND & KNIGHT LLP
Mr. Elvin Ramos
31 W 52nd Street
New York, NY 10019

State of: Delaware ) ss.
County of: New Castle )

**Name of Server:** Robert DeLacy , undersigned, being duly sworn, deposes and says
that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 27 day of December , 20 18 , at 3:00 o'clock P M

**Place of Service:** at 2951 Centerville Road , in Wilmington, DE 19808

**Documents Served:** the undersigned served the documents described as:
Summons and Complaint with Exhibits 1-96

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
Beechwood Trust No 15, c/o U.S. Bank Trust N.A.

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and
title is: Cathleen Mcveigh, Authorized to Accept Service

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex F ; Skin Color Caucasian ; Hair Color Blonde ; Facial Hair n/a
Approx. Age 55-60 ; Approx. Height 5'7 ; Approx. Weight 180 lbs

X To the best of my knowledge and belief, said person was not engaged in the US
Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury     Subscribed and sworn to before me this
that the foregoing is true and correct.     28 day of December , 2018

_____     _____
Signature of Server     Notary Public     (Commission Expires)

**APS International, Ltd.**

THOMAS M. MARSHALL
MY COMMISSION
EXPIRES
OCTOBER 18, 2020
NOTARY PUBLIC
STATE OF DELAWARE

Martin Trott, et. al., Plaintiff(s)
vs.
Platinum Management (NY) LLC, et. al., Defendant(s)



**Service of Process by**
## APS International, Ltd.
### 1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 152772-0010

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Beechwood Trust No 16, c/o U.S. Bank Trust N.A.
Court Case No. 1:18-cv-10936

HOLLAND & KNIGHT LLP
Mr. Elvin Ramos
31 W 52nd Street
New York, NY 10019

| | |
|---|---|
| State of: | Delaware ) ss. |
| County of: | New Castle ) |

**Name of Server:** Robert DeLacy , undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 27 day of December , 20 18 , at 3:00 o'clock p M

**Place of Service:** at 2951 Centerville Road , in Wilmington, DE 19808

**Documents Served:** the undersigned served the documents described as:
Summons and Complaint with Exhibits 1-96

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
Beechwood Trust No 16, c/o U.S. Bank Trust N.A.

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: Cathleen Mcveigh, Authorized to Accept Service

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex F ; Skin Color Caucasian ; Hair Color Blonde ; Facial Hair n/a
Approx. Age 55-60 ; Approx. Height 5'7 ; Approx. Weight 180 lbs

X   To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this 28th day of December , 20 18

Notary Public          (Commission Expires)

APS International, Ltd.

THOMAS M. MARSHALL
MY COMMISSION
EXPIRES
OCTOBER 18, 2020
NOTARY PUBLIC
STATE OF DELAWARE

**Martin Trott, et. al., Plaintiff(s)**
vs.
**Platinum Management (NY) LLC, et. al., Defendant(s)**



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  152772-0010

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Beechwood Trust No 17, c/o U.S. Bank Trust N.A.
Court Case No. 1:18-cv-10936

**HOLLAND & KNIGHT LLP**
Mr. Elvin Ramos
31 W 52nd Street
New York, NY 10019

| | |
|---|---|
| State of: | Delaware          ) ss. |
| County of: | New Castle        ) |

**Name of Server:** _____ Robert DeLacy _____ , undersigned, being duly sworn, deposes and says
that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _27_ day of _December_ , 20 _18_ , at _3:00_ o'clock _p_ M

**Place of Service:** at _2951 Centerville Road_ , in _Wilmington, DE 19808_

**Documents Served:** the undersigned served the documents described as:
**Summons and Complaint with Exhibits 1-96**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Beechwood Trust No 17, c/o U.S. Bank Trust N.A.**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and
title is: _Cathleen Mcveigh, Authorized to Accept Service_

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex _F_ ; Skin Color _Caucasian_ ; Hair Color _Blonde_ ; Facial Hair _n/a_
Approx. Age _55-60_ ; Approx. Height _5'7_ ; Approx. Weight _180 lbs_

X    To the best of my knowledge and belief, said person was not engaged in the US
Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury
that the foregoing is true and correct.

_Signature of Server_

**APS International, Ltd.**

Subscribed and sworn to before me this
_28th_ day of _December_ , 20 _18_

_Thomas M. Marshall_
Notary Public                    (Commission Expires)

THOMAS M. MARSHALL
MY COMMISSION
EXPIRES
OCTOBER 18, 2020
NOTARY PUBLIC
STATE OF DELAWARE

Martin Trott, et. al., Plaintiff(s)
vs.
Platinum Management (NY) LLC, et. al., Defendant(s)



**Service of Process by**
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 152772-0011

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Beechwood Trust No 18, c/o U.S. Bank Trust N.A.
Court Case No. 1:18-cv-10936

HOLLAND & KNIGHT LLP
Mr. Elvin Ramos
31 W 52nd Street
New York, NY 10019

| | |
|---|---|
| **State of:** | Delaware ) ss. |
| **County of:** | New Castle ) |

**Name of Server:** Robert DeLacy , undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 27 day of December , 20 18 , at 3:00 o'clock P M

**Place of Service:** at 2951 Centerville Road , in Wilmington, DE 19808

**Documents Served:** the undersigned served the documents described as:
Summons and Complaint with Exhibits 1-96

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
Beechwood Trust No 18, c/o U.S. Bank Trust N.A.

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: Cathleen Mcveigh, Authorized to Accept Service

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex F ; Skin Color Caucasian ; Hair Color Blonde ; Facial Hair n/a
Approx. Age 55-60 ; Approx. Height 5'7 ; Approx. Weight 180 lbs

X To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

**APS International, Ltd.**

Subscribed and sworn to before me this 28th day of December , 20 18

Notary Public          (Commission Expires)

THOMAS M. MARSHALL
MY COMMISSION EXPIRES
OCTOBER 18, 2020
NOTARY PUBLIC
STATE OF DELAWARE

Martin Trott, et. al., Plaintiff(s)
vs.
Platinum Management (NY) LLC, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 152772-0011

**AFFIDAVIT OF SERVICE -- Corporate**

Service of Process on:
—Beechwood Trust No 19, c/o U.S. Bank Trust N.A.

HOLLAND & KNIGHT LLP
Mr. Elvin Ramos
31 W 52nd Street
New York, NY 10019

Court Case No. 1:18-cv-10936

| | |
|---|---|
| State of: | Delaware ) ss. |
| County of: | New Castle ) |

**Name of Server:** Robert DeLacy , undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 27 day of December , 20 18 , at 3.00 o'clock p M

**Place of Service:** at 2951 Centerville Road , in Wilmington, DE 19808

**Documents Served:** the undersigned served the documents described as:
Summons and Complaint with Exhibits 1-96

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
Beechwood Trust No 19, c/o U.S. Bank Trust N.A.

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: Cathleen Mcveigh, Authorized to Accept Service

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex F ; Skin Color Caucasian ; Hair Color Blonde ; Facial Hair n/a
Approx. Age 55-60 ; Approx. Height 5'7 ; Approx. Weight 180 lbs

X: To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

APS International, Ltd.

Subscribed and sworn to before me this
28th day of December , 20 18

Thomas M. Marshall

Notary Public (Commission Expires)

THOMAS M. MARSHALL
COMMISSION
EXPIRES
OCTOBER 18, 2020
NOTARY PUBLIC
STATE OF DELAWARE

Martin Trott, et. al., Plaintiff(s)
vs.
Platinum Management (NY) LLC, et. al., Defendant(s)



**Service of Process by**

**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  152772-0011

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Beechwood Trust No 2, c/o U.S. Bank Trust N.A.
Court Case No. 1:18-cv-10936

HOLLAND & KNIGHT LLP
Mr. Elvin Ramos
31 W 52nd Street
New York, NY 10019

| | |
|---|---|
| State of: | Delaware ) ss. |
| County of: | New Castle ) |

**Name of Server:** Robert DeLacy , undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 27 day of December , 20 18 , at 3:00 o'clock P M

**Place of Service:** at 2951 Centerville Road , in Wilmington, DE 19808

**Documents Served:** the undersigned served the documents described as:
Summons and Complaint with Exhibits 1-96

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
Beechwood Trust No 2, c/o U.S. Bank Trust N.A.

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: Cathleen Mcveigh, Authorized to Accept Service

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex F ; Skin Color Caucasian ; Hair Color Blonde ; Facial Hair n/a
Approx. Age 55-60 ; Approx. Height 5'7 ; Approx. Weight 180 lbs

X  To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this 28th day of December , 2018

Signature of Server

Notary Public    (Commission Expires)

**APS International, Ltd.**

THOMAS M. MARSHALL
MY COMMISSION
EXPIRES
OCTOBER 18, 2020
NOTARY PUBLIC
STATE OF DELAWARE

Martin Trott, et. al., Plaintiff(s)
vs.
Platinum Management (NY) LLC, et. al., Defendant(s)



**Service of Process by**

## APS International, Ltd.
## 1-800-328-7171

**APS International Plaza**
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 152772-0012

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
—Beechwood Trust No 20, c/o U.S. Bank Trust N.A.
Court Case No. 1:18-cv-10936

HOLLAND & KNIGHT LLP
Mr. Elvin Ramos
31 W 52nd Street
New York, NY 10019

State of: Delaware ) ss.
County of: New Castle )

**Name of Server:**  Robert DeLacy , undersigned, being duly sworn, deposes and says
that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:**  that on the  27  day of  December , 20 18 , at  3:00  o'clock  p  M

**Place of Service:**  at  2951 Centerville Road , in  Wilmington, DE 19808

**Documents Served:**  the undersigned served the documents described as:
Summons and Complaint with Exhibits 1-96

**Service of Process on:**  A true and correct copy of the aforesaid document(s) was served on:
Beechwood Trust No 20, c/o U.S. Bank Trust N.A.

**Person Served, and Method of Service:**  By delivering them into the hands of an officer or managing agent whose name and
title is:  Cathleen Mcveigh, Authorized to Accept Service

**Description of Person Receiving Documents:**  The person receiving documents is described as follows:
Sex  F ; Skin Color  Caucasian ; Hair Color  Blonde ; Facial Hair  n/a
Approx. Age  55-60 ; Approx. Height  5'7 ; Approx. Weight  180 lbs

x ǀ To the best of my knowledge and belief, said person was not engaged in the US
Military at the time of service.

**Signature of Server:**  Undersigned declares under penalty of perjury
that the foregoing is true and correct.

_____
Signature of Server

Subscribed and sworn to before me this
28 day of December , 20 18

_____
Notary Public          (Commission Expires)

APS International, Ltd.

THOMAS M. MARSHALL
COMMISSION
EXPIRES
OCTOBER 18, 2020
NOTARY PUBLIC
STATE OF DELAWARE

Martin Trott, et. al., Plaintiff(s)
vs.
Platinum Management (NY) LLC, et. al., Defendant(s)

Service of Process by



APS International, Ltd.
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 152772-0012

**AFFIDAVIT OF SERVICE -- Corporate**

Service of Process on:
--Beechwood Trust No 3, c/o U.S. Bank Trust N.A.
Court Case No. 1:18-cv-10936

HOLLAND & KNIGHT LLP
Mr. Elvin Ramos
31 W 52nd Street
New York, NY 10019

State of: _____Delaware_____ ) ss.
County of: __New Castle__ )

**Name of Server:**   Robert DeLacy _____, undersigned, being duly sworn, deposes and says
that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:**   that on the   27   day of   December   , 20 18 , at   3:00   o'clock  P   M

**Place of Service:**   at   2951 Centerville Road   , in   Wilmington, DE 19808

**Documents Served:**   the undersigned served the documents described as:
**Summons and Complaint with Exhibits 1-96**

**Service of Process on:**   A true and correct copy of the aforesaid document(s) was served on:
**Beechwood Trust No 3, c/o U.S. Bank Trust N.A.**

**Person Served, and
Method of Service:**   By delivering them into the hands of an officer or managing agent whose name and
title is: __Cathleen Mcveigh, Authorized to Accept Service__

**Description of
Person Receiving
Documents:**   The person receiving documents is described as follows:
Sex   F   ; Skin Color   Caucasian   ; Hair Color   Blonde   ; Facial Hair   n/a
Approx. Age   55-60   ; Approx. Height   5'7   ; Approx. Weight   180 lbs
X-  To the best of my knowledge and belief, said person was not engaged in the US
Military at the time of service.

**Signature of Server:**   Undersigned declares under penalty of perjury
that the foregoing is true and correct.

Subscribed and sworn to before me this
28th day of December , 20 18

_Signature of Server_

_Thomas M. Marshall_
Notary Public          (Commission Expires)

**APS International, Ltd.**

THOMAS M. MARSHALL
MY COMMISSION
EXPIRES
OCTOBER 18, 2020
NOTARY PUBLIC
STATE OF DELAWARE

Martin Trott, et. al., Plaintiff(s)
vs.
Platinum Management (NY) LLC, et. al., Defendant(s)



**Service of Process by**
**APS International, Ltd.**
**1-800-328-7171**

APS INTERNATIONAL    APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 152772-0012

## AFFIDAVIT OF SERVICE -- Corporate

**Service of Process on:**

HOLLAND & KNIGHT LLP
Mr. Elvin Ramos
31 W 52nd Street
New York, NY 10019

--Beechwood Trust No 4, c/o U.S. Bank Trust N.A.
Court Case No. 1:18-cv-10936

| | |
|---|---|
| State of: Delaware ) ss. | |
| County of: New Castle ) | |

| | |
|---|---|
| **Name of Server:** | Robert DeLacy , undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action; |
| **Date/Time of Service:** | that on the 27 day of December , 20 18 , at 3:00 o'clock P M |
| **Place of Service:** | at 2951 Centerville Road , in Wilmington, DE 19808 |
| **Documents Served:** | the undersigned served the documents described as: Summons and Complaint with Exhibits 1-96 |
| **Service of Process on:** | A true and correct copy of the aforesaid document(s) was served on: Beechwood Trust No 4, c/o U.S. Bank Trust N.A. |
| **Person Served, and Method of Service:** | By delivering them into the hands of an officer or managing agent whose name and title is: Cathleen Mcveigh, Authorized to Accept Service |
| **Description of Person Receiving Documents:** | The person receiving documents is described as follows: Sex F ; Skin Color Caucasian ; Hair Color Blonde ; Facial Hair n/a Approx. Age 55-60 ; Approx. Height 5'7 ; Approx. Weight 180 lbs |
| | X To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service. |
| **Signature of Server:** | Undersigned declares under penalty of perjury that the foregoing is true and correct. |

Subscribed and sworn to before me this
28th day of December, 20 18

Signature of Server

Notary Public                    (Commission Expires)

APS International, Ltd.

THOMAS M. MARSHALL
COMMISSION
EXPIRES
OCTOBER 18, 2020
NOTARY PUBLIC
STATE OF DELAWARE

Martin Trott, et. al., Plaintiff(s)
vs.
Platinum Management (NY) LLC, et. al., Defendant(s)



**Service of Process by**

**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  152772-0013

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Beechwood Trust No 5, c/o U.S. Bank Trust N.A.
Court Case No. 1:18-cv-10936

HOLLAND & KNIGHT LLP
Mr. Elvin Ramos
31 W 52nd Street
New York, NY 10019

---

| | |
|---|---|
| State of: Delaware | ) ss. |
| County of: New Castle | ) |

**Name of Server:** Robert DeLacy , undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 27 day of December , 20 18 , at 3:00 o'clock P M

**Place of Service:** at 2951 Centerville Road , in Wilmington, DE 19808

**Documents Served:** the undersigned served the documents described as:
Summons and Complaint with Exhibits 1-96

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
Beechwood Trust No 5, c/o U.S. Bank Trust N.A.

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and
title is: Cathleen Mcveigh, Authorized to Accept Service

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex  F ; Skin Color Caucasian ; Hair Color Blonde ; Facial Hair n/a
Approx. Age 55-60 ; Approx. Height 5'7 ; Approx. Weight 180 lbs

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_signature_

Signature of Server

APS International, Ltd.

Subscribed and sworn to before me this
28th day of December , 20 18

_signature_

Notary Public (Commission Expires)

THOMAS M. MARSHALL
MY COMMISSION
EXPIRES
OCTOBER 18, 2020
NOTARY PUBLIC
STATE OF DELAWARE

Martin Trott, et. al., Plaintiff(s)
vs.
Platinum Management (NY) LLC, et. al., Defendant(s)



**Service of Process by**

**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 152772-0013

## AFFIDAVIT OF SERVICE -- Corporate

HOLLAND & KNIGHT LLP
Mr. Elvin Ramos
31 W 52nd Street
New York, NY 10019

Service of Process on:
--Beechwood Trust No 6, c/o U.S. Bank Trust N.A.
Court Case No. 1:18-cv-10936

State of: ___Delaware___ ) ss.
County of: __New Castle__ )

**Name of Server:** _____Robert DeLacy_____, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the __27__ day of ___December___, 20 _18_, at __3:00__ o'clock _P_ M

**Place of Service:** at _2951 Centerville Road_, in _Wilmington, DE 19808_

**Documents Served:** the undersigned served the documents described as:
**Summons and Complaint with Exhibits 1-96**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Beechwood Trust No 6, c/o U.S. Bank Trust N.A.**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: __Cathleen Mcveigh, Authorized to Accept Service__

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex _F_ ; Skin Color _Caucasian_ ; Hair Color _Blonde_ ; Facial Hair _n/a_
Approx. Age _55-60_ ; Approx. Height _5'7_ ; Approx. Weight _180 lbs_

X : To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Signature of Server_

**APS International, Ltd.**

Subscribed and sworn to before me this _28th_ day of _December_, 20 _18_

_Thomas M. Marolali_
Notary Public          (Commission Expires)

THOMAS M. MAROLA
MY COMMISSION
EXPIRES
OCTOBER 18, 2020
NOTARY PUBLIC
STATE OF DELAWARE

Martin Trott, et. al., Plaintiff(s)
vs.
Platinum Management (NY) LLC, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 152772-0013

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Beechwood Trust No 7, c/o U.S. Bank Trust N.A.
Court Case No. 1:18-cv-10936

HOLLAND & KNIGHT LLP
Mr. Elvin Ramos
31 W 52nd Street
New York, NY 10019

State of: _____Delaware_____ ) ss.
County of: _____New Castle_____ )

**Name of Server:** _____Robert DeLacy_____, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _27_ day of _December_, 20 _18_, at _3:00_ o'clock _p_ M

**Place of Service:** at _2951 Centerville Road_, in _Wilmington, DE 19808_

**Documents Served:** the undersigned served the documents described as:
Summons and Complaint with Exhibits 1-96

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
Beechwood Trust No 7, c/o U.S. Bank Trust N.A.

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: _Cathleen Mcveigh, Authorized to Accept Service_

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex _F_ ; Skin Color _Caucasian_ ; Hair Color _Blonde_ ; Facial Hair _n/a_
Approx. Age _55-60_ ; Approx. Height _5'7_ ; Approx. Weight _180 lbs_

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_____
Signature of Server

**APS International, Ltd.**

Subscribed and sworn to before me this _28th_ day of _December_, 20 _18_

_____
Notary Public          (Commission Expires)

THOMAS M. MARSHALL
MY COMMISSION
EXPIRES
OCTOBER 18, 2020
STATE OF DELAWARE
NOTARY PUBLIC

Martin Trott, et. al., Plaintiff(s)

vs.

Platinum Management (NY) LLC, et. al., Defendant(s)



Service of Process by

**APS International, Ltd.**

**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  152772-0014

**AFFIDAVIT OF SERVICE -- Corporate**

Service of Process on:

HOLLAND & KNIGHT LLP

Mr. Elvin Ramos
31 W 52nd Street
New York, NY 10019

—Beechwood Trust No 8, c/o U.S. Bank Trust N.A.
Court Case No. 1:18-cv-10936

State of:  Delaware            ) ss.

County of:  New Castle         )

| | |
|---|---|
| **Name of Server:** | Robert DeLacy                          , undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action; |
| **Date/Time of Service:** | that on the  27  day of  December  , 20 18 , at  3:00  o'clock  P  M |
| **Place of Service:** | at  2951 Centerville Road            , in  Wilmington, DE 19808 |
| **Documents Served:** | the undersigned served the documents described as:<br>**Summons and Complaint with Exhibits 1-96** |
| **Service of Process on:** | A true and correct copy of the aforesaid document(s) was served on:<br>**Beechwood Trust No 8, c/o U.S. Bank Trust N.A.** |
| **Person Served, and Method of Service:** | By delivering them into the hands of an officer or managing agent whose name and title is:  Cathleen Mcveigh, Authorized to Accept Service |
| **Description of Person Receiving Documents:** | The person receiving documents is described as follows:<br>Sex  F  ; Skin Color  Caucasian  ; Hair Color  Blonde  ; Facial Hair  n/a<br>Approx. Age  55-60  ; Approx. Height  5'7  ; Approx. Weight  180 lbs<br>X¨  To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service. |
| **Signature of Server:** | Undersigned declares under penalty of perjury that the foregoing is true and correct.<br><br>Signature of Server<br><br>**APS International, Ltd.** | Subscribed and sworn to before me this<br>28th day of December, 2018<br><br>Notary Public  (Commission Expires) |

THOMAS M. MARSHALL
MY COMMISSION EXPIRES
OCTOBER 18, 2020
NOTARY PUBLIC
STATE OF DELAWARE

Martin Trott, et. al., Plaintiff(s)
vs.
Platinum Management (NY) LLC, et. al., Defendant(s)



**Service of Process by**

# APS International, Ltd.
## 1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 152772-0014

## AFFIDAVIT OF SERVICE -- Corporate

**Service of Process on:**
--Beechwood Trust No 9, c/o U.S. Bank Trust N.A.
Court Case No. 1:18-cv-10936

HOLLAND & KNIGHT LLP
Mr. Elvin Ramos
31 W 52nd Street
New York, NY 10019

State of: _Delaware_ ) ss.
County of: _New Castle_ )

**Name of Server:** _Robert DeLacy_ , undersigned, being duly sworn, deposes and says
that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _27_ day of _December_ , 20 _18_ , at _3:00_ o'clock P _ M

**Place of Service:** at _2951 Centerville Road_ , in _Wilmington, DE 19808_

**Documents Served:** the undersigned served the documents described as:
Summons and Complaint with Exhibits 1-96

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
Beechwood Trust No 9, c/o U.S. Bank Trust N.A.

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and
title is: _Cathleen Mcveigh, Authorized to Accept Service_

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex _F_ ; Skin Color _Caucasian_ ; Hair Color _Blonde_ ; Facial Hair _n/a_
Approx. Age _55-60_ ; Approx. Height _5'7_ ; Approx. Weight _180 lbs_
X . To the best of my knowledge and belief, said person was not engaged in the US
Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury
that the foregoing is true and correct.

Signature of Server

APS International, Ltd.

Subscribed and sworn to before me this
_28th_ day of _December_ , 20 _18_

Notary Public          (Commission Expires)

THOMAS M. MARSHALL
COMMISSION
EXPIRES
OCTOBER 18, 2020
NOTARY PUBLIC
STATE OF DELAWARE

Martin Trott, et. al., Plaintiff(s)
vs.
Platinum Management (NY) LLC, et. al., Defendant(s)



Service of Process by

**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  152772-0001

## AFFIDAVIT OF SERVICE -- Corporate

HOLLAND & KNIGHT LLP
Mr. Elvin Ramos
31 W 52nd Street
New York, NY 10019

Service of Process on:
--B Asset Manager LP, c/o Corporation Service Company
as Agent for Service
Court Case No. 1:18-cv-10936

State of: ___Delaware___ ) ss.
County of: ___New Castle___ )

**Name of Server:** ___Robert DeLacy___, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the __27__ day of __December__, 20 __18__, at __12:30__ o'clock __p__ M

**Place of Service:** at _251 Little Falls Drive_, in _New Castle, DE  19808_

**Documents Served:** the undersigned served the documents described as:
Summons and Complaint with Exhibits 1-96

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
B Asset Manager LP, c/o Corporation Service Company as Agent for Service

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: _Donna Snow, Authorized to Accept Service_

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex _F_ ; Skin Color _Caucasian_ ; Hair Color _Brown_ ; Facial Hair _n/a_
Approx. Age _55_ ; Approx. Height _seated_ ; Approx. Weight _220 lbs_

X̲ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_____
Signature of Server

**APS International, Ltd.**

Subscribed and sworn to before me this
_28th_ day of _December_, 2018

_____
Notary Public        (Commission Expires)

THOMAS M. MARSHALL
MY COMMISSION
EXPIRES
OCTOBER 18, 2020
NOTARY PUBLIC
STATE OF DELAWARE

Martin Trott, et. al., Plaintiff(s)
vs.
Platinum Management (NY) LLC, et. al., Defendant(s)



Service of Process by

**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 152772-0001

## AFFIDAVIT OF SERVICE -- Corporate

HOLLAND & KNIGHT LLP
Mr. Elvin Ramos
31 W 52nd Street
New York, NY 10019

Service of Process on:
--BBLN-PEDCO Corp., c/o Corporation Service Company
as Agent for Service
Court Case No. 1:18-cv-10936

State of: Delaware ) ss.
County of: New Castle )

**Name of Server:** Robert DeLacy , undersigned, being duly sworn, deposes and says
that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 27 day of December , 20 18 , at 12:30 o'clock P M

**Place of Service:** at 251 Little Falls Drive , in New Castle, DE 19808

**Documents Served:** the undersigned served the documents described as:
**Summons and Complaint with Exhibits 1-96**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**BBLN-PEDCO Corp., c/o Corporation Service Company as Agent for Service**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and
title is: Donna Snow, Authorized to Accept Service

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex F ; Skin Color Caucasian ; Hair Color Brown ; Facial Hair n/a
Approx. Age 55 ; Approx. Height seated ; Approx. Weight 220 lbs

X  To the best of my knowledge and belief, said person was not engaged in the US
Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury
that the foregoing is true and correct.

Signature of Server

**APS International, Ltd.**

Subscribed and sworn to before me this
28th day of December , 20 18

Notary Public          (Commission Expires)

THOMAS M. MARSHALL
MY COMMISSION
EXPIRES
OCTOBER 18, 2020
NOTARY PUBLIC
STATE OF DELAWARE

Martin Trott, et. al., Plaintiff(s)
vs.
Platinum Management (NY) LLC, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 152772-0001

## AFFIDAVIT OF SERVICE -- Corporate

**HOLLAND & KNIGHT LLP**
Mr. Elvin Ramos
31 W 52nd Street
New York, NY 10019

Service of Process on:
--BHLN-PEDCO Corp., c/o Corporation Service Company
as Agent for Service
Court Case No. 1:18-cv-10936

| | | |
|---|---|---|
| **State of:** Delaware | ) ss. | |
| **County of:** New Castle | ) | |

**Name of Server:** _____Robert DeLacy_____ , undersigned, being duly sworn, deposes and says that at the time of the service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the __27__ day of __December__ , 20 _18_ , at __12:30__ o'clock   P  M

**Place of Service:** at __251 Little Falls Drive__ , in __New Castle, DE  19808__

**Documents Served:** the undersigned served the documents described as:
**Summons and Complaint with Exhibits 1-96**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**BHLN-PEDCO Corp., c/o Corporation Service Company as Agent for Service**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: __Donna Snow, Authorized to Accept Service__

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex _F_ ; Skin Color _Caucasian_ ; Hair Color _Brown_ ; Facial Hair _n/a_
Approx. Age _55_ ; Approx. Height _seated_ ; Approx. Weight _220 lbs_

x̄ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_____
Signature of Server

Subscribed and sworn to before me this
_28th_ day of _December_ , 20 _18_

_____
Notary Public    (Commission Expires)

**APS International, Ltd.**

THOMAS M. MARSHALL
COMMISSION
EXPIRES
OCTOBER 18, 2020
NOTARY PUBLIC
STATE OF DELAWARE

Martin Trott, et. al., Plaintiff(s)
vs.
Platinum Management (NY) LLC, et. al., Defendant(s)



**Service of Process by**
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 152772-0002

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
–B Asset Manager II LP, c/o Corporation Service Company
as Agent for Service
Court Case No. 1:18-cv-10936

HOLLAND & KNIGHT LLP
Mr. Elvin Ramos
31 W 52nd Street
New York, NY 10019

State of: __Delaware__ ) ss.
County of: __New Castle__ )

| | |
|---|---|
| **Name of Server:** | __Robert DeLacy__ , undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action; |
| **Date/Time of Service:** | that on the __27__ day of __December__ , 20 __18__ , at __12:30__ o'clock __P__ M |
| **Place of Service:** | at __251 Little Falls Drive__ , in __New Castle, DE 19808__ |
| **Documents Served:** | the undersigned served the documents described as: **Summons and Complaint with Exhibits 1-96** |
| **Service of Process on:** | A true and correct copy of the aforesaid document(s) was served on: **B Asset Manager II LP, c/o Corporation Service Company as Agent for Service** |
| **Person Served, and Method of Service:** | By delivering them into the hands of an officer or managing agent whose name and title is: __Donna Snow, Authorized to Accept Service__ |
| **Description of Person Receiving Documents:** | The person receiving documents is described as follows: Sex __F__ ; Skin Color __Caucasian__ ; Hair Color __Brown__ ; Facial Hair __n/a__ Approx. Age __55__ ; Approx. Height __seated__ ; Approx. Weight __220 lbs__ [X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service. |
| **Signature of Server:** | Undersigned declares under penalty of perjury that the foregoing is true and correct. |

Subscribed and sworn to before me this ____ day of ____, 2018

Signature of Server

Notary Public                    (Commission Expires)

APS International, Ltd.

THOMAS M. MARSHALL
MY COMMISSION
EXPIRES
OCTOBER 18, 2020
NOTARY PUBLIC
STATE OF DELAWARE

Martin Trott, et. al., Plaintiff(s)
vs.
Platinum Management (NY) LLC, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS INTERNATIONAL

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 152772-0002

## AFFIDAVIT OF SERVICE -- Corporate

**HOLLAND & KNIGHT LLP**
Mr. Elvin Ramos
31 W 52nd Street
New York, NY 10019

**Service of Process on:**
--BAM Administrative Services LLC, c/o Corporation
Service Company as Agent for Service
Court Case No. 1:18-cv-10936

---

| | |
|---|---|
| State of: Delaware | ) ss. |
| County of: New Castle | ) |

**Name of Server:** _____Robert DeLacy_____ , undersigned, being duly sworn, deposes and says
that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the ___27__ day of _____December_____ , 20 _18_, at __12:30_o'clock __P_ M

**Place of Service:** at _251 Little Falls Drive_____ , in _New Castle, DE  19808____

**Documents Served:** the undersigned served the documents described as:
**Summons and Complaint with Exhibits 1-96**

**Service of Process on:**
**Person Served, and**
**Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
**BAM Administrative Services LLC, c/o Corporation Service Company as Agent for Service**
By delivering them into the hands of an officer or managing agent whose name and
title is: _Donna Snow, Authorized to Accept Service_

**Description of**
**Person Receiving**
**Documents:**
The person receiving documents is described as follows:
Sex _F_ ; Skin Color _Caucasian_ ; Hair Color _Brown_ ; Facial Hair ___n/a____
Approx. Age _55_ ; Approx. Height ___seated__ ; Approx. Weight ___220 lbs___

X. To the best of my knowledge and belief, said person was not engaged in the US
Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury
that the foregoing is true and correct.

Subscribed and sworn to before me this
28th day of December, 20 18

_____
Signature of Server

_____
Notary Public        (Commission Expires)

**APS International, Ltd.**



Martin Trott, et. al., Plaintiff(s)
vs.
Platinum Management (NY) LLC, et. al., Defendant(s)



**Service of Process by**
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 152772-0002

## AFFIDAVIT OF SERVICE -- Corporate

**Service of Process on:**
—Beechwood Re Holdings, Inc., c/o Corporation Service
Company as Agent for Service
Court Case No. 1:18-cv-10936

HOLLAND & KNIGHT LLP
Mr. Elvin Ramos
31 W 52nd Street
New York, NY 10019

| | |
|---|---|
| State of: | Delaware ) ss. |
| County of: | New Castle ) |

**Name of Server:** _____ Robert DeLacy _____, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 27 day of December , 20 18 , at 12:30 o'clock P M

**Place of Service:** at 251 Little Falls Drive , in New Castle, DE 19808

**Documents Served:** the undersigned served the documents described as:
Summons and Complaint with Exhibits 1-96

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
Beechwood Re Holdings, Inc., c/o Corporation Service Company as Agent for Service

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: Donna Snow, Authorized to Accept Service

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex F ; Skin Color Caucasian ; Hair Color Brown ; Facial Hair n/a
Approx. Age 55 ; Approx. Height seated ; Approx. Weight 220 lbs

[x] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_____
Signature of Server

APS International, Ltd.

Subscribed and sworn to before me this 28th day of December , 20 18

_____
Notary Public          (Commission Expires)

THOMAS M. MARSHALL
COMMISSION
EXPIRES
OCTOBER 18, 2020
NOTARY PUBLIC
STATE OF DELAWARE

Martin Trott, et. al., Plaintiff(s)
vs.
Platinum Management (NY) LLC, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**
APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 152772-0003

## AFFIDAVIT OF SERVICE -- Corporate

HOLLAND & KNIGHT LLP
Mr. Elvin Ramos
31 W 52nd Street
New York, NY 10019

Service of Process on:
--Beechwood Re Investments, LLC, c/o Corporation Service
Company as Agent for Service
Court Case No. 1:18-cv-10936

State of: ___Delaware___ ) ss.
County of: ___New Castle___ )

**Name of Server:** ___Robert DeLacy___, undersigned, being duly sworn, deposes and says
that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the __27__ day of __December__, 20 __18__, at __12:30__ o'clock __P__ M

**Place of Service:** at __251 Little Falls Drive__, in __New Castle, DE 19808__

**Documents Served:** the undersigned served the documents described as:
**Summons and Complaint with Exhibits 1-96**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Beechwood Re Investments, LLC, c/o Corporation Service Company as Agent for Service**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and
title is: __Donna Snow, Authorized to Accept Service__

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex _F_ ; Skin Color _Caucasian_ ; Hair Color _Brown_ ; Facial Hair _n/a_
Approx. Age _55_ ; Approx. Height _seated_ ; Approx. Weight _220 lbs_

_X_ To the best of my knowledge and belief, said person was not engaged in the US
Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury
that the foregoing is true and correct.

_____
Signature of Server

**APS International, Ltd.**

Subscribed and sworn to before me this
__28th__ day of __December__, __2018__

___Thomas M. Marshall___
Notary Public        (Commission Expires)

*(Notary seal: THOMAS M. MARSHALL — MY COMMISSION EXPIRES OCTOBER 18, 2020 — NOTARY PUBLIC — STATE OF DELAWARE)*

Martin Trott, et. al., Plaintiff(s)
vs.
Platinum Management (NY) LLC, et. al., Defendant(s)



**Service of Process by**

**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 152772-0003

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--Beechwood Re Investments, LLC Series A, c/o
Corporation Service Company as Agent for Service
Court Case No. 1:18-cv-10936

HOLLAND & KNIGHT LLP
Mr. Elvin Ramos
31 W 52nd Street
New York, NY 10019

State of: Delaware          ) ss.
County of: New Castle        )

| | |
|---|---|
| **Name of Server:** | Robert DeLacy , undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action; |
| **Date/Time of Service:** | that on the 27 day of December , 20 18 , at 12:30 o'clock P M |
| **Place of Service:** | at 251 Little Falls Drive , in New Castle, DE 19808 |
| **Documents Served:** | the undersigned served the documents described as: **Summons and Complaint with Exhibits 1-96** |
| **Service of Process on:** **Person Served, and Method of Service:** | A true and correct copy of the aforesaid document(s) was served on: **Beechwood Re Investments, LLC Series A, c/o Corporation Service Company as Agent for Service** By delivering them into the hands of an officer or managing agent whose name and title is: Donna Snow, Authorized to Accept Service |
| **Description of Person Receiving Documents:** | The person receiving documents is described as follows: Sex F ; Skin Color Caucasian ; Hair Color Brown ; Facial Hair n/a Approx. Age 55 ; Approx. Height seated ; Approx. Weight 220 lbs ☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service. |
| **Signature of Server:** | Undersigned declares under penalty of perjury that the foregoing is true and correct. Signature of Server **APS International, Ltd.** |

Subscribed and sworn to before me this
day of December , 2018

Notary Public          (Commission Expires)

THOMAS M. MARSHALL
COMMISSION
EXPIRES
OCTOBER 18, 2020
NOTARY PUBLIC
STATE OF DELAWARE