Martin Trott, et. al., Plaintiff(s)
vs.
Platinum Management (NY) LLC, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**
APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  152772-0003

## AFFIDAVIT OF SERVICE -- Corporate

HOLLAND & KNIGHT LLP
Mr. Elvin Ramos
31 W 52nd Street
New York, NY 10019

Service of Process on:
--Beechwood Re Investments, LLC Series B, c/o
Corporation Service Company as Agent for Service
Court Case No. 1:18-cv-10936

State of: ____Delaware____ ) ss.
County of: ____New Castle____ )

**Name of Server:**  ____Robert DeLacy____, undersigned, being duly sworn, deposes and says
that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:**  that on the __27__ day of ____December____, 20 __18__, at __12:30__ o'clock __P__ M

**Place of Service:**  at __251 Little Falls Drive____, in __New Castle, DE 19808__

**Documents Served:**  the undersigned served the documents described as:
**Summons and Complaint with Exhibits 1-96**

**Service of Process on:**  A true and correct copy of the aforesaid document(s) was served on:
**Beechwood Re Investments, LLC Series B, c/o Corporation Service Company as Agent
**Person Served, and**  **for Service**
**Method of Service:**  By delivering them into the hands of an officer or managing agent whose name and
title is: ____Donna Snow, Authorized to Accept Service____

**Description of**  The person receiving documents is described as follows:
**Person Receiving**  Sex __F__ ; Skin Color __Caucasian__ ; Hair Color __Brown__ ; Facial Hair __n/a__
**Documents:**  Approx. Age __55__ ; Approx. Height __seated__ ; Approx. Weight __220 lbs__

__X__ To the best of my knowledge and belief, said person was not engaged in the US
Military at the time of service.

**Signature of Server:**  Undersigned declares under penalty of perjury       Subscribed and sworn to before me this
that the foregoing is true and correct.        __28th__ day of ____December____, 20 __78__
                                                     ____Thomas M. Marshall____

Signature of Server                        Notary Public        (Commission Expires)

**APS International, Ltd.**

THOMAS M. MARSHALL
MY COMMISSION
EXPIRES
OCTOBER 18, 2020
NOTARY PUBLIC
STATE OF DELAWARE

Martin Trott, et. al., Plaintiff(s)
vs.
Platinum Management (NY) LLC, et. al., Defendant(s)



**Service of Process by**
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 152772-0004

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

HOLLAND & KNIGHT LLP
Mr. Elvin Ramos
31 W 52nd Street
New York, NY 10019

--Beechwood Re Investments, LLC Series C, c/o
Corporation Service Company as Agent for Service
Court Case No. 1:18-cv-10936

| | |
|---|---|
| State of: | Delaware ) ss. |
| County of: | New Castle ) |

**Name of Server:** _____ Robert DeLacy _____, undersigned, being duly sworn, deposes and says
that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the  27  day of  December , 20  18 , at  12:30 o'clock  P M

**Place of Service:** at  251 Little Falls Drive , in  New Castle, DE  19808

**Documents Served:** the undersigned served the documents described as:
Summons and Complaint with Exhibits 1-96

**Service of Process on:**

**Person Served, and**
**Method of Service:**

A true and correct copy of the aforesaid document(s) was served on:
Beechwood Re Investments, LLC Series C, c/o Corporation Service Company as Agent
for Service

By delivering them into the hands of an officer or managing agent whose name and
title is:  Donna Snow, Authorized to Accept Service

**Description of**
**Person Receiving**
**Documents:**

The person receiving documents is described as follows:
Sex  F ; Skin Color  Caucasian ; Hair Color  Brown  ; Facial Hair  n/a
Approx. Age  55  ; Approx. Height  seated ; Approx. Weight  220 lbs

X̲ To the best of my knowledge and belief, said person was not engaged in the US
Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury
that the foregoing is true and correct.

_____
Signature of Server

APS International, Ltd.

Subscribed and sworn to before me this
28th day of December , 2018

_____
Notary Public          (Commission Expires)

THOMAS M. MARSHALL
MY COMMISSION
EXPIRES
OCTOBER 18, 2020
NOTARY PUBLIC
STATE OF DELAWARE

Martin Trott, et. al., Plaintiff(s)
vs.
Platinum Management (NY) LLC, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**
APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 152772-0904

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

HOLLAND & KNIGHT LLP
Mr. Elvin Ramos
31 W 52nd Street
New York, NY 10019

--Beechwood Re Investments, LLC Series D, c/o
Corporation Service Company as Agent for Service
Court Case No. 1:18-cv-10936

State of: Delaware ) ss.
County of: New Castle )

**Name of Server:** Robert DeLacy , undersigned, being duly sworn, deposes and says
that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 27 day of December , 20 18 , at 12:30 o'clock P M

**Place of Service:** at 251 Little Falls Drive , in New Castle, DE 19808

**Documents Served:** the undersigned served the documents described as:
Summons and Complaint with Exhibits 1-96

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
Beechwood Re Investments, LLC Series D, c/o Corporation Service Company as Agent
**Person Served, and** for Service
**Method of Service:** By delivering them into the hands of an officer or managing agent whose name and
title is: Donna Snow, Authorized to Accept Service

**Description of** The person receiving documents is described as follows:
**Person Receiving** Sex ; Skin Color Caucasian Hair Color Brown ; Facial Hair n/a
**Documents:** Approx. Age 55 ; Approx. Height seated Approx. Weight 220 lbs

X To the best of my knowledge and belief, said person was not engaged in the US
Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury
that the foregoing is true and correct.

Subscribed and sworn to before me this
28th day of December , 20 18

Signature of Server

Notary Public (Commission Expires)

APS International, Ltd.

THOMAS M. MARSHALL
MY COMMISSION
EXPIRES
OCTOBER 18, 2020
STATE NOTARY PUBLIC
OF DELAWARE

Martin Trott, et. al., Plaintiff(s)
vs.
Platinum Management (NY) LLC, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**
APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 152772-0004

## AFFIDAVIT OF SERVICE — Corporate

Service of Process on:

HOLLAND & KNIGHT LLP
Mr. Elvin Ramos
31 W 52nd Street
New York, NY 10019

--Beechwood Re Investments, LLC Series E, c/o
Corporation Service Company as Agent for Service
Court Case No. 1:18-cv-10936

State of: _Delaware_ ) ss.
County of: _New Castle_ )

| | |
|---|---|
| **Name of Server:** | _Robert DeLacy_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action; |
| **Date/Time of Service:** | that on the _27_ day of _December_, 20 _18_, at _12:30_ o'clock _P_ M |
| **Place of Service:** | at _251 Little Falls Drive_, in _New Castle, DE 19808_ |
| **Documents Served:** | the undersigned served the documents described as: **Summons and Complaint with Exhibits 1-96** |
| **Service of Process on:** **Person Served, and Method of Service:** | A true and correct copy of the aforesaid document(s) was served on: **Beechwood Re Investments, LLC Series E, c/o Corporation Service Company as Agent for Service** By delivering them into the hands of an officer or managing agent whose name and title is: _Donna Snow, Authorized to Accept Service_ |
| **Description of Person Receiving Documents:** | The person receiving documents is described as follows: Sex _F_ ; Skin Color _Caucasian_ ; Hair Color _Brown_ ; Facial Hair _n/a_ Approx. Age _55_ ; Approx. Height _seated_ ; Approx. Weight _220 lbs_ |
| | [x] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service. |
| **Signature of Server:** | Undersigned declares under penalty of perjury that the foregoing is true and correct. |

_____
Signature of Server

**APS International, Ltd.**

Subscribed and sworn to before me this
_28th_ day of _December_, 20 _18_

_Thomas M. Marshall_
Notary Public          (Commission Expires)

THOMAS M. MARSHALL
MY COMMISSION EXPIRES OCTOBER 18, 2020
NOTARY PUBLIC
STATE OF DELAWARE

Martin Trott, et. al., Plaintiff(s)
vs.
Platinum Management (NY) LLC, et. al., Defendant(s)



**Service of Process by**
**APS International, Ltd.**
**1-800-328-7171**
APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 152772-0005

## AFFIDAVIT OF SERVICE — Corporate

Service of Process on:
--Beechwood Re Investments, LLC Series F, c/o
Corporation Service Company as Agent for Service
Court Case No. 1:18-cv-10936

HOLLAND & KNIGHT LLP
Mr. Elvin Ramos
31 W 52nd Street
New York, NY 10019

| | |
|---|---|
| State of: | Delaware ) ss. |
| County of: | New Castle ) |

**Name of Server:** Robert DeLacy , undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 27 day of December , 20 18 , at 12:30 o'clock P M

**Place of Service:** at 251 Little Falls Drive , in New Castle, DE 19808

**Documents Served:** the undersigned served the documents described as:
Summons and Complaint with Exhibits 1-96

**Service of Process on:**
**Person Served, and**
**Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
Beechwood Re Investments, LLC Series F, c/o Corporation Service Company as Agent for Service

By delivering them into the hands of an officer or managing agent whose name and title is: Donna Snow, Authorized to Accept Service

**Description of**
**Person Receiving**
**Documents:**
The person receiving documents is described as follows:
Sex F ; Skin Color Caucasian ; Hair Color Brown ; Facial Hair n/a
Approx. Age 55 ; Approx. Height seated ; Approx. Weight 220 lbs

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

APS International, Ltd.

Subscribed and sworn to before me this 28 day of December , 20 18

Notary Public (Commission Expires)

THOMAS M. MARSHALL
MY COMMISSION EXPIRES
OCTOBER 18, 2020
NOTARY PUBLIC
STATE OF DELAWARE

Martin Trott, et. al., Plaintiff(s)

vs.

Platinum Management (NY) LLC, et. al., Defendant(s)



**Service of Process by**

**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 152772-0005

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--Beechwood Re Investments, LLC Series G, c/o
Corporation Service Company as Agent for Service
Court Case No. 1:18-cv-10936

HOLLAND & KNIGHT LLP
Mr. Elvin Ramos
31 W 52nd Street
New York, NY 10019

State of: Delaware ) ss.
County of: New Castle )

| | |
|---|---|
| Name of Server: | Robert DeLacy , undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action; |
| Date/Time of Service: | that on the 27 day of December , 20 18 , at 12:30 o'clock P M |
| Place of Service: | at 251 Little Falls Drive , in New Castle, DE 19808 |
| Documents Served: | the undersigned served the documents described as: Summons and Complaint with Exhibits 1-96 |
| Service of Process on: Person Served, and Method of Service: | A true and correct copy of the aforesaid document(s) was served on: Beechwood Re Investments, LLC Series G, c/o Corporation Service Company as Agent for Service By delivering them into the hands of an officer or managing agent whose name and title is: Donna Snow, Authorized to Accept Service |
| Description of Person Receiving Documents: | The person receiving documents is described as follows: Sex F ; Skin Color Caucasian ; Hair Color Brown ; Facial Hair n/a Approx. Age 55 ; Approx. Height seated ; Approx. Weight 220 lbs |

X☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server:   Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this 28th day of December , 20 18

Signature of Server

Notary Public Thomas M. Marshall (Commission Expires)

**APS International, Ltd.**

THOMAS M. MARSHALL
MY COMMISSION
EXPIRES
OCTOBER 18, 2020
NOTARY PUBLIC
STATE OF DELAWARE

Martin Trott, et. al., Plaintiff(s)
vs.
Platinum Management (NY) LLC, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**
APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 152772-0005

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Beechwood Re Investments, LLC Series H, c/o
Corporation Service Company as Agent for Service
Court Case No. 1:18-cv-10936

HOLLAND & KNIGHT LLP
Mr. Elvin Ramos
31 W 52nd Street
New York, NY 10019

State of: Delaware ) ss.
County of: New Castle )

Name of Server: Robert DeLacy , undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 27 day of December , 20 18 , at 12:30 o'clock P M

Place of Service: at 251 Little Falls Drive , in New Castle, DE 19808

Documents Served: the undersigned served the documents described as:
**Summons and Complaint with Exhibits 1-96**

Service of Process on:
Person Served, and
Method of Service:
A true and correct copy of the aforesaid document(s) was served on:
Beechwood Re Investments, LLC Series H, c/o Corporation Service Company as Agent for Service

By delivering them into the hands of an officer or managing agent whose name and title is: Donna Snow, Authorized to Accept Service

Description of
Person Receiving
Documents:
The person receiving documents is described as follows:
Sex F ; Skin Color Caucasian ; Hair Color Brown ; Facial Hair n/a
Approx. Age 55 ; Approx. Height seated ; Approx. Weight 220 lbs

X To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server:
Undersigned declares under penalty of perjury that the foregoing is true and correct.

_____
Signature of Server

**APS International, Ltd.**

Subscribed and sworn to before me this 28 day of December , 20 18

_____
Notary Public

Thomas M. Marshall

(Commission Expires)

THOMAS M. MARSHALL
MY COMMISSION EXPIRES
OCTOBER 18, 2020
NOTARY PUBLIC
STATE OF DELAWARE

Martin Trott, et. al., Plaintiff(s)
vs.
Platinum Management (NY) LLC, et. al., Defendant(s)



Service of Process by

**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 152772-0006

## AFFIDAVIT OF SERVICE — Corporate

Service of Process on:
—Beechwood Re Investments, LLC Series I, c/o Corporation
Service Company as Agent for Service
Court Case No. 1:18-cv-10936

HOLLAND & KNIGHT LLP
Mr. Elvin Ramos
31 W 52nd Street
New York, NY 10019

State of: __Delaware__ ) ss.
County of: __New Castle__

Name of Server: __Robert DeLacy__, undersigned, being duly sworn, deposes and says
that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the __27__ day of __December__, 20 __18__, at __12:30__ o'clock __P__ M

Place of Service: at __251 Little Falls Drive__, in __New Castle, DE 19808__

Documents Served: the undersigned served the documents described as:
**Summons and Complaint with Exhibits 1-96**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Beechwood Re Investments, LLC Series I, c/o Corporation Service Company as Agent**
Person Served, and **for Service**
Method of Service: By delivering them into the hands of an officer or managing agent whose name and
title is: __Donna Snow, Authorized to Accept Service__

Description of
Person Receiving
Documents:

The person receiving documents is described as follows:
Sex __F__; Skin Color __Caucasian__; Hair Color __Brown__; Facial Hair __n/a__
Approx. Age __55__; Approx. Height __seated__; Approx. Weight __220 lbs__

X. To the best of my knowledge and belief, said person was not engaged in the US
Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury
that the foregoing is true and correct.

Subscribed and sworn to before me this
__28th__ day of __December__, 20 __18__

_____        _____
Signature of Server                    Notary Public          (Commission Expires)

**APS International, Ltd.**

THOMAS M. MARSHALL
MY COMMISSION
EXPIRES
OCTOBER 18, 2020
NOTARY PUBLIC
STATE OF DELAWARE

Martin Trott, et. al., Plaintiff(s)

vs.

Platinum Management (NY) LLC, et. al., Defendant(s)



**Service of Process by**

**APS International, Ltd.**

**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 152772-0006

## AFFIDAVIT OF SERVICE -- Corporate

HOLLAND & KNIGHT LLP
Mr. Elvin Ramos
31 W 52nd Street
New York, NY 10019

Service of Process on:
--Illumin Capital Management, LP, c/o Corporation Service
Company as Agent for Service
Court Case No. 1:18-cv-10936

State of: _Delaware_ ) ss.
County of: _New Castle_ )

**Name of Server:** _Robert DeLacy_, undersigned, being duly sworn, deposes and says
that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _27_ day of _December_, 20 _18_, at _12:30_ o'clock _p_ M

**Place of Service:** at _251 Little Falls Drive_, in _New Castle, DE 19808_

**Documents Served:** the undersigned served the documents described as:
**Summons and Complaint with Exhibits 1-96**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Illumin Capital Management, LP, c/o Corporation Service Company as Agent for Service**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and
title is: _Donna Snow, Authorized to Accept Service_

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex _F_ ; Skin Color _Caucasian_ ; Hair Color _Brown_ ; Facial Hair _n/a_
Approx. Age _55_ ; Approx. Height _seated_ ; Approx. Weight _220 lbs_

X To the best of my knowledge and belief, said person was not engaged in the US
Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury
that the foregoing is true and correct.

_____
Signature of Server

Subscribed and sworn to before me this
_28th_ day of _December_, 20 _18_

_____
Notary Public        (Commission Expires)

**APS International, Ltd.**

THOMAS M. MARSHALL
MY COMMISSION
EXPIRES
OCTOBER 18, 2020
NOTARY PUBLIC
STATE OF DELAWARE

Martin Trott, et. al., Plaintiff(s)
vs.
Platinum Management (NY) LLC, et. al., Defendant(s)



**Service of Process by**
## APS International, Ltd.
### 1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  152772-0015

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Platinum Management (NY) LLC, c/o VCORP Services,
LLC as Agent for Service
Court Case No. 1:18-cv-10936

HOLLAND & KNIGHT LLP
Mr. Elvin Ramos
31 W 52nd Street
New York, NY 10019

| | |
|---|---|
| State of: | Delaware ) ss. |
| County of: | New Castle ) |

**Name of Server:** Robert DeLacy , undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 27 day of December , 20 18 , at 12:20 o'clock p M

**Place of Service:** at 1013 Centre Road, Suite 403-B , in Wilmington, DE 19805

**Documents Served:** the undersigned served the documents described as:
**Summons and Complaint with Exhibits 1-96**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Platinum Management (NY) LLC, c/o VCORP Services, LLC as Agent for Service**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: Heather Howie, Authorized to Accept Service

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex F ; Skin Color Caucasian ; Hair Color Brown ; Facial Hair n/a
Approx. Age 40 ; Approx. Height 5'6 ; Approx. Weight 160 lbs

X  To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_____
Signature of Server

## APS International, Ltd.

Subscribed and sworn to before me this
28th day of December , 2018

_____
Notary Public          (Commission Expires)

THOMAS M. MARSHALL
MY COMMISSION
EXPIRES
OCTOBER 18, 2020
NOTARY PUBLIC
STATE OF DELAWARE

Martin Trott, et. al., Plaintiff(s)
vs.
Platinum Management (NY) LLC, et. al., Defendant(s)



**Service of Process by**
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 152772-0015

## AFFIDAVIT OF SERVICE -- Corporate

**Service of Process on:**
--Platinum Partners Black Elk, Opportunities Fund
International Ltd c/o VCORP Services, LLC as Agent for
Service

HOLLAND & KNIGHT LLP
Mr. Elvin Ramos
31 W 52nd Street
New York, NY 10019

Court Case No. 1:18-cv-10936

State of: Delaware ) ss.
County of: New Castle )

**Name of Server:** Robert DeLacy , undersigned, being duly sworn, deposes and says
that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 27 day of December , 20 18 , at 12:20 o'clock p M

**Place of Service:** at 1013 Centre Road, Suite 403-B , in Wilmington, DE 19805

**Documents Served:** the undersigned served the documents described as:
**Summons and Complaint with Exhibits 1-96**

**Service of Process on:**
A true and correct copy of the aforesaid document(s) was served on:
Platinum Partners Black Elk, Opportunities Fund International Ltd c/o VCORP
Services, LLC as Agent for Service

**Person Served, and**
**Method of Service:**
By delivering them into the hands of an officer or managing agent whose name and
title is: Heather Howie, Authorized to Accept Service

**Description of**
**Person Receiving**
**Documents:**
The person receiving documents is described as follows:
Sex F ; Skin Color Caucasian ; Hair Color Brown ; Facial Hair n/a
Approx. Age 40 ; Approx. Height 5'6 ; Approx. Weight 160 lbs

x To the best of my knowledge and belief, said person was not engaged in the US
Military at the time of service.

**Signature of Server:**
Undersigned declares under penalty of perjury
that the foregoing is true and correct.

Signature of Server

APS International, Ltd.

Subscribed and sworn to before me this
28 day of December, 2018

Notary Public                (Commission Expires)

THOMAS M. MARSHALL
MY COMMISSION
EXPIRES
OCTOBER 18, 2020
NOTARY PUBLIC
STATE OF DELAWARE

Martin Trott, et. al., Plaintiff(s)
vs.
Platinum Management (NY) LLC, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 152772-0015

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Platinum Partners Black Elk Opportunities Fund LLC,
c/o VCORP Services, LLC as Agent for Service
Court Case No. 1:18-cv-10936

HOLLAND & KNIGHT LLP
Mr. Elvin Ramos
31 W 52nd Street
New York, NY 10019

State of: _____Delaware_____ ) ss.
County of: _____New Castle_____ )

**Name of Server:** _____Robert DeLacy_____, undersigned, being duly sworn, deposes and says
that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the __27__ day of __December__, 20 __18__, at __12:20__ o'clock __p__ M

**Place of Service:** at __1013 Centre Road, Suite 403-B__, in __Wilmington, DE 19805__

**Documents Served:** the undersigned served the documents described as:
**Summons and Complaint with Exhibits 1-96**

**Service of Process on:**
**Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
**Platinum Partners Black Elk Opportunities Fund LLC, c/o VCORP Services, LLC as Agent for Service**

By delivering them into the hands of an officer or managing agent whose name and
title is: __Heather Howie, Authorized to Accept Service__

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex __F__ ; Skin Color __Caucasian__ ; Hair Color __Brown__ ; Facial Hair __n/a__
Approx. Age __40__ ; Approx. Height __5'6__ ; Approx. Weight __160 lbs__

X☐ To the best of my knowledge and belief, said person was not engaged in the US
Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury
that the foregoing is true and correct.

Subscribed and sworn to before me this
__28th__ day of __December__, 20 __18__

_____
Signature of Server

_____
Notary Public   (Commission/Expires)

**APS International, Ltd.**

THOMAS M. MARSHALL
MY COMMISSION
EXPIRES
OCTOBER 18, 2020
NOTARY PUBLIC
STATE OF DELAWARE

Martin Trott, et. al., Plaintiff(s)
vs.
Platinum Management (NY) LLC, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**
APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 152772-0007

## AFFIDAVIT OF SERVICE -- Corporate

HOLLAND & KNIGHT LLP
Mr. Elvin Ramos
31 W 52nd Street
New York, NY 10019

Service of Process on:
—Olive Tree Holdings LLC, c/o Corporation Trust
Company as Agent for Service
Court Case No. 1:18-cv-10936

State of: Delaware         ) ss.
County of: New Castle      )

**Name of Server:** Robert DeLacy , undersigned, being duly sworn, deposes and says
that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 27 day of December , 20 18 , at 10:55 o'clock A M

**Place of Service:** at 1209 Orange Street , in Wilmington, DE 19801

**Documents Served:** the undersigned served the documents described as:
**Summons and Complaint with Exhibits 1-96**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Olive Tree Holdings LLC, c/o Corporation Trust Company as Agent for Service**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and
title is: Amy Mclaren, Authorized to Accept Service

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex F ; Skin Color Caucasian ; Hair Color Brown ; Facial Hair na
Approx. Age 35 ; Approx. Height 5'6 ; Approx. Weight 135 lbs
X To the best of my knowledge and belief, said person was not engaged in the US
Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury
that the foregoing is true and correct.

Signature of Server

**APS International, Ltd.**

Subscribed and sworn to before me this
day of December , 20

Notary Public     (Commission Expires)

THOMAS M. MARSHALL
MY COMMISSION
EXPIRES
OCTOBER 18, 2020
NOTARY PUBLIC
STATE OF DELAWARE

US DISTRICT COURT OF THE SOUTHERN DISTRICT OF NEW YORK
COUNTY OF

**AFFIDAVIT OF SERVICE**

| | |
|---|---|
| MARTIN TROTT AND CHRISTOPHER SMITH, AS JOINT OFFICIAL LIQUIDATORS AND FOREIGN REPRESENTATIVES OF PLATINUM PARTNERS VALUE ARBITRAGE FUND L.P. (IN OFFICIAL LIQUIDATION) AND PLATINUM PARTNERS VALUE ARBITRAGE | CLIENT: **APS**<br>FF/INDEX #:    **1:18-CV-10936**<br>DATE FILED **11/21/18**<br>DOCKET #: |

Plantiff(s)/Petitioners(s)

- AGAINST -

PLATINUM MANAGEMENT (NY) LLC, MARK NORDLICHT, ET AL

Defendant(s) / Respondent(s)

PRESIDING:

COURT D/T:

AMOUNT:

STATE OF NEW YORK, COUNTY OF ORANGE ss:

THE UNDERSIGNED DEPONENT BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on **12/27/18** at **3:45 PM** at **16 GROSSER LANE, MONSEY, NY 10952-1801**

deponent served the within **SUMMONS AND COMPLAINT WITH EXHIBITS 1-96**

on **DAVID BODNER** therein named

**SUITABLE AGE** ☑ By delivering a true copy thereof to and leaving with **JOHN DOE, REFUSED NAME / CO-OCCUPANT**
a person of suitable age and discretion, the said premises being the defendants - respondents

☑ dwelling place     ☐ place of business     ☐ last known address     within the State of New York

☐ AND AT THE SAME TIME PAYING IN ADVANCE     THE AUTHORIZED FEE

**DESCRIPTION** Deponent describes the individual served as follows:

**MALE, WHITE SKIN, BROWN HAIR, 45 - 55 YRS, 5'9" - 5'10", 170 - 175 LBS.**

Other identifying features:

**GLASSES, BEARD, MUSTACHE**

**MAILING** ☐ Deponent completed said service under the last two sections by depositing a copy of the above named process in a postpaid properly addressed envelope in an official depositary under the exclusive care and custody of the United States Post Office in the State of New York, addressed to the defendant in an envelope bearing the legend "Personal and Confidential" and not indicating on the outside of the envelope that the communication is from an attorney

Mailed on:

☐ at his last known residence     ☐ at his place of business     ☐ at his last known address

Address confirmed by:

**MILITARY SERVICE** ☐ I asked the person spoken to whether defendant / respondent was in active military service or financially dependant upon anyone who is in the military service of the United States or of the State of New York in any capacity whatsoever and received a negative reply. Defendant / respondent wore ordinary civilian clothes and no military uniform. The source of my information and the grounds of my belief are the conversations and observations above narrated.

Upon information and belief I aver that the defendant / respondent is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

Sworn to before me on: **12/31/2018**

PAUL COLALUCA

JO-ANN JOHNSON
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN ORANGE COUNTY
COMMISSION EXPIRES AUGUST 15, 20__
01JO5031856

KATHLEEN GOULD
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN ORANGE COUNTY
COMMISSION EXPIRES NOVEMBER 30, 20__
01GO4632958

JOHN GOULD
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN ORANGE COUNTY
COMMISSION EXPIRES JULY 15, 20__
01GO5013764

US DISTRICT COURT OF THE SOUTHERN DISTRICT OF NEW YORK
COUNTY OF

**AFFIDAVIT OF SERVICE**

MARTIN TROTT AND CHRISTOPHER SMITH, AS JOINT OFFICIAL LIQUIDATORS AND
FOREIGN REPRESENTATIVES OF PLATINUM PARTNERS VALUE ARBITRAGE FUND
L.P. (IN OFFICIAL LIQUIDATION) AND PLATINUM PARTNERS VALUE ARBITRAGE

Plantiff(s)/Petitioners(s)

- AGAINST -

PLATINUM MANAGEMENT (NY) LLC, MARK NORDLICHT, ET AL

Defendant(s) / Respondent(s)

| CLIENT: | APS | |
| FF/INDEX #: | | **1:18-CV-10936** |
| DATE FILED | 11/21/18 | |
| DOCKET #: | | |

PRESIDING:

COURT D/T:

AMOUNT:

STATE OF NEW YORK, COUNTY OF ORANGE ss:

THE UNDERSIGNED DEPONENT BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS
OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on **12/27/18** at **6:00 PM** at **3 DEERWOOD RD, SPRING VALLEY, NY 10977**

deponent served the within **SUMMONS AND COMPLAINT WITH EXHIBITS 1-96**

on **EZRA BEREN** therein named

| SUITABLE AGE | ☑ | By delivering a true copy thereof to and leaving with **JOHN DOE, REFUSED NAME / CO-OCCUPANT** |

a person of suitable age and discretion, the said premises being the defendants - respondents

☑ dwelling place          ☐ place of business          ☐ last known address          within the State of New York

☐ AND AT THE SAME TIME PAYING IN ADVANCE          THE AUTHORIZED FEE

**DESCRIPTION**

Deponent describes the individual served as follows:

**MALE, WHITE SKIN, GREY HAIR, 70 - 75 YRS, 5'7'' - 5'9'', 160 - 170 LBS.**

Other identifying features:

**MAILING**

☐ Deponent completed said service under the last two sections by depositing a copy of the above named process in a postpaid
properly addressed envelope in an official depositary under the exclusive care and custody of the United States Post Office
in the State of New York, addressed to the defendant in an envelope bearing the legend "Personal and Confidential" and not
indicating on the outside of the envelope that the communication is from an attorney

Mailed on:

☐ at his last known residence          ☐ at his place of business          ☐ at his last known address

Address confirmed by:

**MILITARY
SERVICE**

☑ I asked the person spoken to whether defendant / respondent was in active military service or financially dependant upon
anyone who is in the military service of the United States or of the State of New York in any capacity whatsoever and received
a negative reply.  Defendant / respondent wore ordinary civilian clothes and no military uniform.  The source of my information
and the grounds of my belief are the conversations and observations above narrated.

Upon information and belief I aver that the defendant / respondent is not in the military service of New York State or of the
United States as that term is defined in either the State or in the Federal statutes.

Sworn to before me on: **12/31/2018**

PAUL COLALUCA

JO-ANN JOHNSON
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN ORANGE COUNTY
COMMISSION EXPIRES AUGUST 15, 20__
01JO5031856

KATHLEEN GOULD
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN ORANGE COUNTY
COMMISSION EXPIRES NOVEMBER 30, 20__
01GO4632958

JOHN GOULD
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN ORANGE COUNTY
COMMISSION EXPIRES JULY 15, 20__
01GO5013764

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x
MARTIN TROTT and CHRISTOPHER SMITH, as Joint
Official Liquidators and Foreign Representatives of
PLATINUM PARTNERS VALUE ARBITRAGE FUND
L.P. (in Official Liquidation) and PLATINUM
PARTNERS VALUE ARBITRAGE FUND L.P. (in
Official Liquidation),

    Civil Action No. 18-cv-10936-JSR

              Plaintiffs,

    -against-

    **AFFIDAVIT OF SERVICE**

PLATINUM MANAGEMENT (NY) LLC, *et al.,*

              Defendants.
-----------------------------------------------------------------------x
STATE OF NEW YORK    )
               ) ss.:
COUNTY OF NEW YORK   )

**Gustavo Manuela**, being duly sworn, deposes and says:

1.    I am over 18 years of age, am employed by the firm of Holland & Knight, LLP, 31 W.
52nd Street, New York, NY 10019, am not a party to this action and reside in the County of
Kings, State of New York.

2.    That on Friday, December 28, 2018, I served a true copy of the **Summons in a Civil
Action and Complaint with Exhibits 1-96**, by Federal Express Overnight Mail (label attached),
properly addressed to:

Bernard Fuchs
c/o Alexander Novak, Esq.
Novak Juhase & Stern, LLP
483 Chestnut Street
Cedarhurst, NY 11516

Sworn to before me this
2nd January, 2019

Notary Public

                            Gustavo Manuela

GLENN M. HUZINEC
Notary Public, State of New York
No. 01HU4873127
Qualified in Richmond County
Certified in New York County
Commission Expires October 6, 20 2 2



**After printing this label:**

1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning:** Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.
Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------x
MARTIN TROTT and CHRISTOPHER SMITH, as Joint
Official Liquidators and Foreign Representatives of
PLATINUM PARTNERS VALUE ARBITRAGE FUND
L.P. (in Official Liquidation) and PLATINUM
PARTNERS VALUE ARBITRAGE FUND L.P. (in
Official Liquidation),

                   Plaintiffs,

        -against-

Civil Action No. 18-cv-10936-JSR

**AFFIDAVIT OF SERVICE**

PLATINUM MANAGEMENT (NY) LLC, *et al.,*

                   Defendants.
----------------------------------------------------------------------x
STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

**Gustavo Manuela**, being duly sworn, deposes and says:

1.    I am over 18 years of age, am employed by the firm of Holland & Knight, LLP, 31 W. 52nd Street, New York, NY 10019, am not a party to this action and reside in the County of Kings, State of New York.

2.    That on Thursday, December 27, 2018, I served a true copy of the **Summons in a Civil Action and Complaint with Exhibits 1-96**, by depositing it, properly enclosed in sealed, postpaid envelope, in an official depository of the United States Postal Service, located within the State of New York, County of New York, to be delivered by Registered Mail, but the Post Office advised that the package was over the weight limit and needs to be shipped by Priority First Class Mail and by Federal Express mail service (label attached) to:

Beechwood Bermuda International Ltd.
Andrew's Place
51 Church Street, 5th Floor
Hamilton HM 12, Bermuda 9

Sworn to before me this
2nd day of January, 2019

Notary Public

                                  Gustavo Manuela

GLENN M. HUZINEC
Notary Public, State of New York
No. 01HU4873127
Qualified in Richmond County
Certified in New York County
Commission Expires October 6, 20 22



**UNITED STATES POSTAL SERVICE ®**

## USPS Customs Declaration and Dispatch Note

- Print in English using blue or black ink.
- Complete all **SHADED** fields before acceptance.
- See the Privacy Notice on the reverse of Copy 4.

CH059457144US

**SHIPMENT INFORMATION (CONTINUED) — BOXED AREA IS FOR USPS-USE ONLY**

| USPS Official Use | USPS Corporate Account | EMS Scheduled Delivery Date / / |
|---|---|---|

**SEN**

Full Last Name: Manuela
Full First Name: Gurslave
MI:

Business Name (if applicable): Hollers & Knight LLP
Sender's Telephone:

| Total Postage/Fees (U.S. $) 88.46 | Insured Value (U.S. $) | Insured Fee (U.S. $) |
|---|---|---|

Address-1: 31 W. 52nd St.

Address-2:

**7. Sender's Email Address**   **8. Addressee's Email Address**

City: New York    State: NY    ZIP Code: 10019

**9. Exporter's Reference (If applicable and known)**   **10. Exporter's Telephone (If applicable and known)**

**ADDRESSEE'S INFORMATION**

Full Last Name: Mace
Full First Name: Andrews
MI:

**11. Importer's Reference (If applicable and known)**   **12. Importer's Telephone (If applicable and known)**

Business Name (if applicable): Kindwood Bermuda Int. Fin. Ltd.
Addressee's Telephone:

**13. AES ITN (If applicable)**   **14. AES Exemption — NOEEI § (Check one if applicable)**
☐ § 30.36    ☐ § 30.37 (a)    ☐ § 30.37 (h)
☐ § 30.37 (y)    ☐ Other _____

Address-1: 51 Church St, 5th Floor

**15. License Number (If applicable)**   **16. Certificate Number (If applicable)**   **17. Invoice Number (If applicable)**

Address-2:

Postal Code:

**18. Length (Inches)**   **19. Width (Inches)**   **20. Height (Inches)**

City: Hamilton    State/Province:    Country: Bermuda

**21. Restrictions (If applicable — check all that apply)**
☐ Quarantine
☐ Sanitary/Phytosanitary Inspection

**22. Nondelivery Instructions (Check one)**
☐ Return to Sender
☐ Treat as Abandoned

**23. Sender's Signature and Date**

**SHIPMENT INFORMATION**

**1. Category of Items** (Check all that apply)
☑ Document    ☐ Commercial Sample    ☐ Merchandise    ☐ Dangerous Goods
☐ Gift    ☐ Returned Goods    ☐ Humanitarian Donation    ☐ Other

I certify the particulars given in this customs declaration are correct. This package does not contain any undeclared dangerous items, or items prohibited by legislation or by postal or customs regulations. I have met all applicable export filing requirements under federal law and regulations.

**2. Detailed Description of Contents** (Enter only one item per line)

| | 3. Quantity | 4. Net Weight (Ea) Lbs. Oz. | 5. Value (Ea) U.S. $ |
|---|---|---|---|
| Legal Documents | 1 | | 14 |
| | | | |
| | | | |
| **6. Total** | | | |

For Business Mailers, for items in Block 2 (if the information is known)

**24. HS Tariff Number**   **25. Country of Origin**

PS Form **2976-R**, April 2016    PSN 7530-17-000-7992

IMPORTANT: This package may be opened officially.

**4 – Sender's Copy**



After printing this label:

**CONSIGNEE COPY - PLEASE PLACE IN FRONT OF POUCH**

1. Fold the printed page along the horizontal line.

2. Place label in shipping pouch and affix it to your shipment.

**Warning:** Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.

LEGAL TERMS AND CONDITIONS OF FEDEX SHIPPING DEFINITIONS. On this Air Waybill, "we", "our", "us", and "FedEx" refer to Federal Express Corporation, its subsidiaries and branches and their respective employees, agents, and independent contractors. The terms "you" and "your" refer to the shipper, its employees, principals and agents. If your shipment originates outside the United States, your contract of carriage is with the FedEx subsidiary, branch or independent contractor who originally accepts the shipment from you. The term "package" means any container or envelope that is accepted by us for delivery, including any such items tendered by you utilizing our automated systems, meters, metermarks or waybills. The term "shipment" means all packages which are tendered to and accepted by us on a single Air Waybill. AIR CARRIAGE NOTICE. For any international shipments by air, the Warsaw Convention, as amended, may be applicable. The Warsaw Convention, as amended, will then govern and in most cases limit FedEx's liability for loss, delay of, or damage to your shipment. The Warsaw Convention, as amended, limits FedEx's liability. For example in the U.S. liability is limited to $9.07 per pound (20$ per kilogram), unless a higher value for carriage is declared and you pay any applicable supplementary charges. The interpretation and operation of the Warsaw Convention's liability limits may vary in each country. There are no specific stopping places which are agreed to and FedEx reserves the right to route the shipment in any way FedEx deems appropriate. ROAD TRANSPORT NOTICE. Shipments transported solely by road to or from a country which is a party to the Warsaw Convention or the Contract for the International Carriage of Goods by Road (the "CMR") are subject to the terms and conditions of the CMR, notwithstanding any other provision of this Air Waybill to the contrary. For those shipments transported solely by road, if a conflict arises between the provisions of the CMR and this Air Waybill, the terms of the CMR shall prevail. LIMITATION OF LIABILITY. If not governed by the Warsaw Convention, the CMR, or other international treaties, laws, other government regulations, orders, or requirements, FedEx's maximum liability for damage, loss, delay, shortage, mis-delivery, nondelivery, misinformation or failure to provide information in connection with your shipment is limited by this Agreement and as set out in the terms and conditions of the contract of carriage. Please refer to the contract of carriage set forth in the applicable FedEx Service Guide or its equivalent to determine the contractual limitation. FedEx does not provide cargo liability or all-risk insurance, but you may pay an additional charge for each additional U.S. $100 (or equivalent local currency for the country of origin) of declared value for carriage. If a higher value for carriage is declared and the additional charge is paid, FedEx's maximum liability will be the lesser of the declared value for carriage or your actual damages. LIABILITIES NOT ASSUMED. IN ANY EVENT, FEDEX WON'T BE LIABLE FOR ANY DAMAGES, WHETHER DIRECT, INDIRECT, INCIDENTAL, SPECIAL OR CONSEQUENTIAL IN EXCESS OF THE DECLARED VALUE FOR CARRIAGE (INCLUDING BUT NOT LIMITED TO LOSS OF INCOME OR PROFITS) OR THE ACTUAL VALUE OF THE SHIPMENT, IF LOWER, WHETHER OR NOT FEDEX HAD ANY KNOWLEDGE THAT SUCH DAMAGES MIGHT BE INCURRED. FedEx won't be liable for your acts or omissions, including but not limited to incorrect declaration of cargo, improper or insufficient packaging, securing, marking or addressing of the shipment, or for the acts or omissions of the recipient or anyone else with an interest in the shipment or violations by any party of the terms of this agreement. FedEx won't be liable for damage, loss, delay, shortage, mis-delivery, non-delivery, misinformation or failure to provide information in connection with shipments of cash, currency or other prohibited items or in instances beyond our control, such as acts of God, perils of the air, weather conditions, mechanical delays, acts of public enemies, war, strike, civil commotion, or acts or omissions of public authorities(including customs and health officials) with actual or apparent authority. NO WARRANTY. We make no warranties, express or implied. CLAIMS FOR LOSS, DAMAGE OR DELAY. ALL CLAIMS MUST BE MADE IN WRITING AND WITHIN STRICT TIME LIMITS, SEE OUR TARIFF, APPLICABLE FEDEX SERVICE GUIDE, OR STANDARD CONDITIONS OF CARRIAGE FOR DETAILS. The Warsaw Convention provides specific written claims procedures for damage, delay or non-delivery of your shipment. Moreover, the interpretation and operation of the Warsaw Convention's claims provisions may vary in each country. Refer to the Convention to determine the claims period for your shipment. The right to damages against us shall be extinguished unless an action is brought within two years, as set forth in the Convention. FedEx is not obligated to act on any claim until all transportation charges have been paid. The claim amount may not be deducted from the transportation charges. If the recipient accepts the shipment without noting any damage on the delivery record, FedEx will assume the shipment was delivered in good condition. In order for us to consider a claim for damage, the contents, original shipping carton and packing must be made available to us for inspection. MANDATORY LAW. Insofar as any provision contained or referred to in this Air Waybill may be contrary to any applicable international treaties, laws, government regulations, orders or requirements such provisions shall remain in effect as a part of our agreement to the extent that it is not overridden. The invalidity or unenforceability of any provisions shall not affect any other part of this Air Waybill. Unless otherwise indicated, FEDERAL EXPRESS CORPORATION, 2005 Corporate Avenue, Memphis, TN 38132, USA, is the first carrier of this shipment. Email address located at www.fedex.com.

ORIGIN ID:QNYA  (212) 513-3200
Gustavo Manuela
Holland and Knight
Holland & Knight LLP
31 W. 52nd Street, 13th Floor
New York, NY 10019
UNITED STATES, US

Ship Date: 27DEC18
ActWgt: 20.00 LB
CAD: 109696546/INET4040

BILL SENDER
EIN/VAT:

TO Beechwood Bermuda International Ltd
Andrews Place
51 Church Street, 5th Floor

Hamilton,
BERMUDA, BM

0000000000

**FedEx** Express

(BM)

**E**

AWB

**EW BDAA**

PKG:BOX

TRK# 7740 6778 0887      Form 0430

PM
**INTL PRIORITY**
REF: 148001-00003
DESC1:Legal Documents
DESC2:
DESC3:
DESC4:
EEI: NO EEI 30.37(a)

These items are controlled by the U.S. Government and authorized for export
only to the country of ultimate destination for use by the ultimate consignee
or end-user(s) herein identified. They may not be resold, transferred, or
otherwise disposed of, to any other country or to any person other than the
authorized ultimate consignee or end-user(s), either in their original form or
after being incorporated into other items, without first obtaining approval
from the U.S. government or as otherwise authorized by U.S. law and regulations.

COUNTRY MFG: US                    SIGN: Gustavo Manuela
CARRIAGE VALUE: 0.00 USD           T/C: S 010054400
CUSTOMS VALUE: 0.00 USD            D/T: R

The Montreal or Warsaw Convention may apply and will govern and in most
cases limit the liability of Federal Express for loss or delay of or
damage to your shipment. Subject to the conditions of the
contract on the reverse.

FEDEX AWB COPY - PLEASE PLACE IN POUCH

FedEx Ship Manager - Print Your Label(s)

12/27/2018

After printing this label:
**FEDEX AWB COPY - PLEASE PLACE BEHIND CONSIGNEE COPY**
1. Fold the printed page along the horizontal line.
2. Place label in shipping pouch and affix it to your shipment.

https://www.fedex.com/shipping/shipAction.handle?method=doContinue

ORIGIN ID:QNYA (212) 513-3200
Gustavo Manuela
Holland and Knight
Holland & Knight LLP
31 W. 52nd Street, 13th Floor
New York, NY 10019
UNITED STATES, US

Ship Date: 27DEC18
ActWgt: 20.00 LB
CAD: 109696546/INET4040

BILL SENDER
EIN/VAT:

TO Beechwood Bermuda International Ltd
   Andrews Place
   51 Church Street, 5th Floor

   Hamilton,
   BERMUDA, BM

0000000000

**FedEx** Express

(BM)



AWB

# EW BDAA

PKG:BOX

TRK# 7740 6778 0887          Form
                             0430

**PM**
**INTL PRIORITY**
REF: 148001-00003
DESC1:Legal Documents
DESC2:
DESC3:
DESC4:
EEI: NO EEI 30.37(a)

These items are controlled by the U.S. Government and authorized for export
only to the country of ultimate destination for use by the ultimate consignee
or end-user(s) herein identified. They may not be resold, transferred, or
otherwise disposed of, to any other country or to any person other than the
authorized ultimate consignee or end-user(s), either in their original form or
after being incorporated into other items, without first obtaining approval
from the U.S. government or as otherwise authorized by U.S. law and regulations.

COUNTRY MFG: US              SIGN: Gustavo Manuela
CARRIAGE VALUE: 0.00 USD     T/C: S 010054400
CUSTOMS VALUE: 0.00 USD      D/T: R

The Montreal or Warsaw Convention may apply and will govern and in most
cases limit the liability of Federal Express for loss or delay of or
damage to your shipment. Subject to the conditions of the
contract on the reverse.

FEDEX AWB COPY - PLEASE PLACE IN POUCH

FedEx Ship Manager - Print Your Label(s)

12/27/2018

After printing this label:
**FEDEX AWB COPY - PLEASE PLACE BEHIND CONSIGNEE COPY**
1. Fold the printed page along the horizontal line.
2. Place label in shipping pouch and affix it to your shipment.

ORIGIN ID:QNYA (212) 513-3200
Gustavo Manuela
Holland and Knight
Holland & Knight LLP
31 W. 52nd Street, 13th Floor
New York, NY 10019
UNITED STATES, US

Ship Date: 27DEC18
ActWgt: 20.00 LB
CAD: 109696546/INET4040

BILL SENDER
EIN/VAT:

TO Beechwood Bermuda International Ltd
**Andrews Place**
51 Church Street, 5th Floor

0000000000

**FedEx.**
Express

**Hamilton,**
BERMUDA, BM

**(BM)**



J18211838152DUw

**AWB**

**EW BDAA**

PKG:BOX

TRK# 7740 6778 0887     Form 0430

**PM**
**INTL PRIORITY**
REF: 148001-00003
DESC1:Legal Documents
DESC2:
DESC3:
DESC4:
EEI: NO EEI 30.37(a)

These items are controlled by the U.S. Government and authorized for export
only to the country of ultimate destination for use by the ultimate consignee
or end-user(s) herein identified. They may not be resold, transferred, or
otherwise disposed of, to any other country or to any person other than the
authorized ultimate consignee or end-user(s), either in their original form or
after being incorporated into other items, without first obtaining approval
from the U.S. government or as otherwise authorized by U.S. law and regulations

| COUNTRY MFG: US | SIGN: Gustavo Manuela |
| CARRIAGE VALUE: 0.00 USD | T/C: S 010054400 |
| CUSTOMS VALUE: 0.00 USD | D/T: R |

The Montreal or Warsaw Convention may apply and will govern and in most
cases limit the liability of Federal Express for loss or delay of or
damage to your shipment. Subject to the conditions of the
contract on the reverse.

FEDEX AWB COPY - PLEASE PLACE IN POUCH

FedEx Ship Manager - Print Your Label(s)

12/27/2018

After printing this label:
**FEDEX AWB COPY - PLEASE PLACE BEHIND CONSIGNEE COPY**
1. Fold the printed page along the horizontal line.
2. Place label in shipping pouch and affix it to your shipment.

https://www.fedex.com/shipping/shipAction.handle?method=doContinue

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
MARTIN TROTT and CHRISTOPHER SMITH, as Joint
Official Liquidators and Foreign Representatives of
PLATINUM PARTNERS VALUE ARBITRAGE FUND
L.P. (in Official Liquidation) and PLATINUM                                  Civil Action No. 18-cv-10936-JSR
PARTNERS VALUE ARBITRAGE FUND L.P. (in
Official Liquidation),

                                        Plaintiffs,

                                                                            **AFFIDAVIT OF SERVICE**

                    -against-


PLATINUM MANAGEMENT (NY) LLC, *et al.*,

                                        Defendants.
-------------------------------------------------------------------x
STATE OF NEW YORK          )
                           )  ss.:
COUNTY OF NEW YORK         )

**Gustavo Manuela**, being duly sworn, deposes and says:

1.      I am over 18 years of age, am employed by the firm of Holland & Knight, LLP, 31 W.
52nd Street, New York, NY 10019, am not a party to this action and reside in the County of
Kings, State of New York.

2.      That on Thursday, December 27, 2018, I served a true copy of the **Summons in a Civil
Action and Complaint with Exhibits 1-96,** by depositing it, properly enclosed in a sealed,
postpaid envelope, in an official depository of the United States Postal Service, located within
the State of New York, County of New York, to be delivered by Registered Mail, but the Post
Office advised that the package was over the weight limit and needs to be shipped by Priority
First Class Mail and by Federal Express mail service (label attached) to:

                            Beechwood Re Ltd.
                       c/o Global Captive Management Ltd.
              Governors Square, 23 Lime Tree Bay, Building 3, P.O. Box 1362
                       Georgetown, Grand Cayman, Cayman Islands

Sworn to before me this
2nd  day of January, 2019

_____                                      _____
Notary Public                                                Gustavo Manuela

          **GLENN M. HUZINEC**
      **Notary Public, State of New York**
            **No. 01HU4873127**
        **Qualified in Richmond County**
         **Certified in New York County**
      **Commission Expires October 6, 20-**



**UNITED STATES POSTAL SERVICE ®**

## USPS Customs Declaration and Dispatch Note

- Print in English using blue or black ink.
- Complete all **SHADED** fields before acceptance.
- See the Privacy Notice on the reverse of Copy 4.

CH059459304US

**SHIPMENT INFORMATION** *(Continued)* — BOXED AREA IS FOR USPS-USE ONLY

**SENDER**

| Full Last Name | Full First Name | MI | USPS Official Use | USPS Corporate Account | EMS Scheduled Delivery Date |
|---|---|---|---|---|---|
| Manuela | Faustino | | | | /  / |

| Business Name (if applicable) | | Sender's Telephone | Total Postage/Fees (U.S. $) | Insured Value (U.S. $) | Insured Fee (U.S. $) |
|---|---|---|---|---|---|
| | | | 91.80 | | |

| Address-1 | | | | |
|---|---|---|---|---|
| 1 W. 53rd St. | | **7. Sender's Email Address** | | **8. Addressee's Email Address** |

| Address-2 | **9. Exporter's Reference** (if applicable and known) | **10. Exporter's Telephone** (if applicable and known) |
|---|---|---|

| City | State | ZIP Code | **11. Importer's Reference** (if applicable and known) | **12. Importer's Telephone** (if applicable and known) |
|---|---|---|---|---|
| New York | NY | | | |

**ADDRESSEE'S INFORMATION**

| Full Last Name | Full First Name | MI | **13. AES ITN** (if applicable) | **14. AES Exemption — NOEEI §** (Check one if applicable) |
|---|---|---|---|---|
| | Beechwood Re Ltd | | | ☐ § 30.36   ☐ § 30.37 (a)   ☐ § 30.37 (h) |

☐ § 30.37 (y)  ☐ Other _____

| Business Name (if applicable) | Addressee's Telephone | **15. License Number** (if applicable) | **16. Certificate Number** (if applicable) | **17. Invoice Number** (if applicable) |
|---|---|---|---|---|
| % Global Captive Management Ltl. | | | | |

| Address-1 | **18. Length** (inches) | **19. Width** (inches) | **20. Height** (inches) |
|---|---|---|---|
| Governors Square, 23 Lime Tree Van Building? | | | |

| Address-2 | Postal Code | **21. Restrictions** (if applicable — check all that apply) | **22. Nondelivery Instructions** (Check one) |
|---|---|---|---|
| | | ☐ Quarantine  ☐ Sanitary/Phytosanitary Inspection | ☐ Return to Sender  ☐ Treat as Abandoned |

| City | State/Province | Country | **23. Sender's Signature and Date** |
|---|---|---|---|
| Georgetown | Grand Cayman | Cayman Islands | |

**SHIPMENT INFORMATION**

**1. Category of Items** *(Check all that apply)*
☒ Document  ☐ Commercial Sample  ☐ Merchandise  ☐ Dangerous Goods
☐ Gift  ☐ Returned Goods  ☐ Humanitarian Donation  ☐ Other ___

I certify the particulars given in this customs declaration are correct. This package does not contain any undeclared dangerous items, or items prohibited by legislation or by postal or customs regulations. I have met all applicable export filing requirements under federal law and regulations.

| **2. Detailed Description of Contents** *(Enter only one item per line)* | **3. Quantity** | **4. Net Weight** (Ea) | | **5. Value** (Ea) | For Business Mailers, for items in Block 2 (if the information is known) |
|---|---|---|---|---|---|
| | | Lbs. | Oz. | U.S. $ | **24. HS Tariff Number** | **25. Country of Origin** |
| Legal Documents | 1 | 1 | 3 | 0 | | |

**6. Total**

PS Form **2976-R**, April 2016   PSN 7530-17-000-7992        IMPORTANT: This package may be opened officially.        **4 – Sender's Copy**

Case 1:18-cv-10936-JSR    Document 54-2    Filed 01/03/19    Page 26 of 42



After printing this label:

**CONSIGNEE COPY - PLEASE PLACE IN FRONT OF POUCH**

1. Fold the printed page along the horizontal line.

2. Place label in shipping pouch and affix it to your shipment.

**Warning:** Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.

LEGAL TERMS AND CONDITIONS OF FEDEX SHIPPING DEFINITIONS. On this Air Waybill, "we", "our", "us", and "FedEx" refer to Federal Express Corporation, its subsidiaries and branches and their respective employees, agents, and independent contractors. The terms "you" and "your" refer to the shipper, its employees, principals and agents. If your shipment originates outside the United States, your contract of carriage is with the FedEx subsidiary, branch or independent contractor who originally accepts the shipment from you. The term "package" means any container or envelope that is accepted by us for delivery, including any such items tendered by you utilizing our automated systems, meters, manifests or waybills. The term "shipment" means all packages which are tendered to and accepted by us on a single Air Waybill. AIR CARRIAGE NOTICE. For any international shipments by air, the Warsaw Convention, as amended, may be applicable. The Warsaw Convention, as amended, will then govern and in most cases limit FedEx's liability for loss, delay of, or damage to your shipment. The Warsaw Convention, as amended, limits FedEx's liability. For example in the U.S. liability is limited to $9.07 per pound (20$ per kilogram), unless a higher value for carriage is declared as described below and you pay any applicable supplementary charges. The interpretation and operation of the Warsaw Convention's liability limits may vary in each country. There are no specific stopping places which are agreed to and FedEx reserves the right to route the shipment in any way FedEx deems appropriate. ROAD TRANSPORT NOTICE. Shipments transported solely by road to or from a country which is a party to the Warsaw Convention or the Contract for the International Carriage of Goods by Road (the "CMR") are subject to the terms and conditions of the CMR, notwithstanding any other provision of this Air Waybill to the contrary. For those shipments transported solely by road, if a conflict arises between the provisions of the CMR and this Air Waybill, the terms of the CMR shall prevail. LIMITATION OF LIABILITY. If not governed by the Warsaw Convention, the CMR, or other international treaties, laws, other government regulations, orders, or requirements, FedEx's maximum liability for damage, loss, delay, shortage, mis-delivery, nondelivery, misinformation or failure to provide information in connection with your shipment is limited by this Agreement and as set out in the terms and conditions of the contract of carriage. Please refer to the contract of carriage set forth in the applicable FedEx Service Guide or its equivalent to determine the contractual limitation. FedEx does not provide cargo liability or all-risk insurance, but you may pay an additional charge for each additional U.S. $100 (or equivalent local currency for the country of origin) of declared value for carriage. If a higher value for carriage is declared and the additional charge is paid, FedEx's maximum liability will be the lesser of the declared value for carriage or your actual damages. LIABILITIES NOT ASSUMED. IN ANY EVENT, FEDEX WON'T BE LIABLE FOR ANY DAMAGES, WHETHER DIRECT, INDIRECT, INCIDENTAL, SPECIAL OR CONSEQUENTIAL IN EXCESS OF THE DECLARED VALUE FOR CARRIAGE (INCLUDING BUT NOT LIMITED TO LOSS OF INCOME OR PROFITS) OR THE ACTUAL VALUE OF THE SHIPMENT, IF LOWER, WHETHER OR NOT FEDEX HAD ANY KNOWLEDGE THAT SUCH DAMAGES MIGHT BE INCURRED, FedEx won't be liable for your acts or omissions, including but not limited to incorrect declaration of cargo, improper or insufficient packaging, securing, marking or addressing of the shipment, or for the acts or omissions of the recipient or anyone else with an interest in the shipment or violations by any party of the terms of this agreement. FedEx won't be liable for damage, loss, delay, shortage, mis-delivery, non-delivery, misinformation or failure to provide information in connection with shipments of cash, currency or other prohibited items or in instances beyond our control, such as acts of God, perils of the air, weather conditions, mechanical delays, acts of public enemies, war, strike, civil commotion, or acts or omissions of public authorities(including customs and health officials) with actual or apparent authority. NO WARRANTY. We make no warranties, express or implied. CLAIMS FOR LOSS, DAMAGE OR DELAY. ALL CLAIMS MUST BE MADE IN WRITING AND WITHIN STRICT TIME LIMITS. SEE OUR TARIFF, APPLICABLE FEDEX SERVICE GUIDE, OR STANDARD CONDITIONS OF CARRIAGE FOR DETAILS. The Warsaw Convention provides specific written claims procedures for damage, delay or non-delivery of your shipment. Moreover, the interpretation and operation of the Warsaw Convention's claims provisions may vary in each country. Refer to the Convention to determine the claims period for your shipment. The right to damages against us shall be extinguished unless an action is brought within two years, as set forth in the Convention. FedEx is not obligated to act on any claim until all transportation charges have been paid. The claim amount may not be deducted from the transportation charges. If the recipient accepts the shipment without noting any damage on the delivery record, FedEx will assume the shipment was delivered in good condition. In order for us to consider a claim for damage, the contents, original shipping carton and packing must be made available to us for inspection. MANDATORY LAW. Insofar as any provision contained or referred to in this Air Waybill may be contrary to any applicable international treaties, laws, government regulations, orders or requirements such provisions shall remain in effect as a part of our agreement to the extent that it is not overridden. The invalidity or unenforceability of any provisions shall not affect any other part of this Air Waybill. Unless otherwise indicated, FEDERAL EXPRESS CORPORATION, 2005 Corporate Avenue, Memphis, TN 38132, USA, is the first carrier of this shipment. Email address located at www.fedex.com.

ORIGIN ID:QNYA (212) 513-3200
Gustavo Manuela
Holland and Knight
Holland & Knight LLP
31 W. 52nd Street, 13th Floor
New York, NY 10019
UNITED STATES, US

Ship Date: 27DEC18
ActWgt: 20.00 LB
CAD: 109696546/INET4040

BILL SENDER
EIN/VAT:

TO Beechwood Re Ltd.
   c/o Global Captive Management Ltd.
   Governors Square 23 Lime Tree Bay
   BUILDING 3, GEORGETOWN
   **GRAND CAYMAN,**
   CAYMAN ISLANDS, KY

0000000000

**FedEx** Express

(KY)



**AWB**

**X5 GCMA**

PKG:BOX

TRK# 7740 7176 7334     Form 0430

**PM**
**INTL PRIORITY**
REF: 148001-00003
DESC1:Legal Documents
DESC2:
DESC3:
DESC4:
EEI: NO EEI 30.37(a)

These items are controlled by the U.S. Government and authorized for export
only to the country of ultimate destination for use by the ultimate consignee
or end-user(s) herein identified. They may not be resold, transferred, or
otherwise disposed of, to any other country or to any person other than the
authorized ultimate consignee or end-user(s), either in their original form or
after being incorporated into other items, without first obtaining approval
from the U.S. government or as otherwise authorized by U.S. law and regulations.

| COUNTRY MFG: US | SIGN: Gustavo Manuela |
|---|---|
| CARRIAGE VALUE: 0.00 USD | T/C: S 010054400 |
| CUSTOMS VALUE: 0.00 USD | D/T: R |

The Montreal or Warsaw Convention may apply and will govern and in most
cases limit the liability of Federal Express for loss or delay of or
damage to your shipment. Subject to the conditions of the
contract on the reverse.

FEDEX AWB COPY - PLEASE PLACE IN POUCH

FedEx Ship Manager - Print Your Label(s)

12/27/2018

After printing this label:
**FEDEX AWB COPY - PLEASE PLACE BEHIND CONSIGNEE COPY**
1. Fold the printed page along the horizontal line.
2. Place label in shipping pouch and affix it to your shipment.

2/4

https://www.fedex.com/shipping/shipAction.handle?method=doContinue

ORIGIN ID:QNYA (212) 513-3200
Gustavo Manuela
Holland and Knight
Holland & Knight LLP
31 W. 52nd Street, 13th Floor
New York, NY 10019
UNITED STATES, US

Ship Date: 27DEC18
ActWgt: 20.00 LB
CAD: 109696546/INET4040

BILL SENDER
EIN/VAT:

TO Beechwood Re Ltd.
c/o Global Captive Management Ltd.
Governors Square 23 Lime Tree Bay
BUILDING 3, GEORGETOWN
**GRAND CAYMAN,**
CAYMAN ISLANDS, KY

0000000000



**FedEx**
Express

(KY)

**E**

**AWB**

FedEx Ship Manager - Print Your Label(s)

**X5 GCMA**

PKG:BOX

TRK# 7740 7176 7334     Form
0430

**PM**
**INTL PRIORITY**
REF: 148001-00003
DESC1:Legal Documents
DESC2:
DESC3:
DESC4:
EEI: NO EEI 30.37(a)

These items are controlled by the U.S. Government and authorized for export
only to the country of ultimate destination for use by the ultimate consignee
or end-user(s) herein identified. They may not be resold, transferred, or
otherwise disposed of, to any other country or to any person other than the
authorized ultimate consignee or end-user(s), either in their original form or
after being incorporated into other items, without first obtaining approval
from the U.S. government or as otherwise authorized by U.S. law and regulations.

COUNTRY MFG: US
CARRIAGE VALUE: 0.00 USD
CUSTOMS VALUE: 0.00 USD

SIGN: Gustavo Manuela
T/C: S 010054400
D/T: R

The Montreal or Warsaw Convention may apply and will govern and in most
cases limit the liability of Federal Express for loss or delay of or
damage to your shipment. Subject to the conditions of the
contract on the reverse.

FEDEX AWB COPY - PLEASE PLACE IN POUCH

After printing this label:
**FEDEX AWB COPY - PLEASE PLACE BEHIND CONSIGNEE COPY**
1. Fold the printed page along the horizontal line.
2. Place label in shipping pouch and affix it to your shipment.

12/27/2018

https://www.fedex.com/shipping/shipAction.handle?method=doContinue

4/4

ORIGIN ID:QNYA  (212) 513-3200
Gustavo Manuela
Holland and Knight
Holland & Knight LLP
31 W. 52nd Street, 13th Floor
New York, NY 10019
UNITED STATES, US

Ship Date: 27DEC18
ActWgt: 20.00 LB
CAD: 109696546/INET4040

BILL SENDER
EIN/VAT:

TO Beechwood Re Ltd.
   c/o Global Captive Management Ltd.
   Governors Square 23 Lime Tree Bay
   BUILDING 3, GEORGETOWN
   **GRAND CAYMAN,**
   CAYMAN ISLANDS, KY

0000000000



**FedEx** Express

**(KY)**

AWB

**X5 GCMA**



PKG:BOX

TRK# 7740 7176 7334      Form
                         0430

**PM**
**INTL PRIORITY**
REF: 148001-00003
DESC1:Legal Documents
DESC2:
DESC3:
DESC4:
EEI: NO EEI 30.37(a)

These items are controlled by the U.S. Government and authorized for export
only to the country of ultimate destination for use by the ultimate consignee
or end-user(s) herein identified. They may not be resold, transferred, or
otherwise disposed of, to any other country or to any person other than the
authorized ultimate consignee or end-user(s), either in their original form or
after being incorporated into other items, without first obtaining approval
from the U.S. government or as otherwise authorized by U.S. law and regulations.

COUNTRY MFG: US                    SIGN: Gustavo Manuela
CARRIAGE VALUE: 0.00 USD           T/C: S 010054400
CUSTOMS VALUE: 0.00 USD            D/T: R

The Montreal or Warsaw Convention may apply and will govern and in most
cases limit the liability of Federal Express for loss or delay of or
damage to your shipment. Subject to the conditions of the
contract on the reverse.

FEDEX AWB COPY - PLEASE PLACE IN POUCH

FedEx Ship Manager - Print Your Label(s)

12/27/2018

After printing this label:
**FEDEX AWB COPY - PLEASE PLACE BEHIND CONSIGNEE COPY**
1. Fold the printed page along the horizontal line.
2. Place label in shipping pouch and affix it to your shipment.

https://www.fedex.com/shipping/shipAction.handle?method=doContinue

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
MARTIN TROTT and CHRISTOPHER SMITH, as Joint
Official Liquidators and Foreign Representatives of
PLATINUM PARTNERS VALUE ARBITRAGE FUND
L.P. (in Official Liquidation) and PLATINUM
PARTNERS VALUE ARBITRAGE FUND L.P. (in
Official Liquidation),

                                Plaintiffs,

                -against-

PLATINUM MANAGEMENT (NY) LLC, *et al.,*

                              Defendants.
------------------------------------------------------------------------x

Civil Action No. 18-cv-10936-JSR

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK     )
                          ) ss.:
COUNTY OF NEW YORK  )

**Gustavo Manuela**, being duly sworn, deposes and says:

1.    I am over 18 years of age, am employed by the firm of Holland & Knight, LLP, 31 W. 52nd Street, New York, NY 10019, am not a party to this action and reside in the County of Kings, State of New York.

2.    That on Thursday, December 27, 2018, I served a true copy of the **Summons in a Civil Action and Complaint with Exhibits 1-96**, by depositing it, properly enclosed in sealed, postpaid envelope, in an official depository of the United States Postal Service, located within the State of New York, County of New York, to be delivered by Registered Mail, but the Post Office advised that the package was over the weight limit and needs to be shipped by Priority First Class Mail and by Federal Express mail service (label attached) to:

                        GRD Estates Ltd.
                     1292 Venables Street
                 Vancouver, BC V6A 4B4

Sworn to before me this
2nd day of January, 2019

_____
Notary Public

        GLENN M. HUZINEC
    Notary Public, State of New York
        No. 01HU4873127
     Qualified in Richmond County
      Certified in New York County
  Commission Expires October 6, 20 22

_____
Gustavo Manuela

**UNITED STATES POSTAL SERVICE**®

## USPS Customs Declaration and Dispatch Note

- Print in English using blue or black ink.
- Complete all **SHADED** fields before acceptance.
- See the Privacy Notice on the reverse of Copy 4.

CH059458388US

| SHIPMENT INFORMATION (CONTINUED) — BOXED AREA IS FOR USPS-USE ONLY | | |
|---|---|---|
| USPS Official Use | USPS Corporate Account | EMS Scheduled Delivery Date / / |

**SENDER'S INFORMATION**

Full Last Name: Manuela
Full First Name: Gustavo
MI:

Business Name (If applicable): Holland & Knight LLP
Sender's Telephone:

Address-1: 31 W. 52nd St.
Address-2:

City: New York
State: NY
ZIP Code: 10019

| | |
|---|---|
| Total Postage/Fees (U.S. $) 64.50 | Insured Value (U.S. $) |
| Insured Fee (U.S. $) | |
| 7. Sender's Email Address | 8. Addressee's Email Address |
| 9. Exporter's Reference (If applicable and known) | 10. Exporter's Telephone (If applicable and known) |
| 11. Importer's Reference (If applicable and known) | 12. Importer's Telephone (If applicable and known) |

**ADDRESSEE'S INFORMATION**

Full Last Name:
Full First Name: GKD Estates Ltd
MI:

Business Name (If applicable): GKD Estates Ltd.
Addressee's Telephone:

Address-1: 1292 Venables Street
Address-2:

City: Vancouver
State/Province: B.C
Postal Code: V6A 4B4
Country: Canada

| 13. AES ITN (If applicable) | 14. AES Exemption — NOEEI § (Check one if applicable) |
|---|---|
| | ☐ § 30.36   ☐ § 30.37(a)   ☐ § 30.37 (h) |
| | ☐ § 30.37 (y)   ☐ Other _____ |

| 15. License Number (If applicable) | 16. Certificate Number (If applicable) | 17. Invoice Number (If applicable) |
|---|---|---|
| 18. Length (Inches) | 19. Width (Inches) | 20. Height (Inches) |

| 21. Restrictions (If applicable — check all that apply) | 22. Nondelivery Instructions (Check one) |
|---|---|
| ☐ Quarantine | ☐ Return to Sender |
| ☐ Sanitary/Phytosanitary Inspection | ☐ Treat as Abandoned |

**23. Sender's Signature and Date**

**SHIPMENT INFORMATION**

**1. Category of Items** (Check all that apply)
☒ Document   ☐ Commercial Sample   ☐ Merchandise   ☐ Dangerous Goods
☐ Gift   ☐ Returned Goods   ☐ Humanitarian Donation   ☐ Other ____

I certify the particulars given in this customs declaration are correct. This package does not contain any undeclared dangerous items, or items prohibited by legislation or by postal or customs regulations. I have met all applicable export filing requirements under federal law and regulations.

For Business Mailers, for items in Block 2 (if the information is known)

| 2. Detailed Description of Contents (Enter only one item per line) | 3. Quantity | 4. Net Weight (Ea) | | 5. Value (Ea) | 24. HS Tariff Number | 25. Country of Origin |
|---|---|---|---|---|---|---|
| | | Lbs. | Oz. | U.S. $ | | |
| Legal Documents | 1 | 12 | 11 | | | |
| | | | | | | |
| | | | | | | |
| **6. Total** | | | | | | |

PS Form **2976-R**, April 2016   PSN 7530-17-000-7992          IMPORTANT: This package may be opened officially.

**4 – Sender's Copy**

FedEx Ship Manager - Print Your Label(s)



ORIGIN ID:ONYA      (212) 513-3200
GUSTAVO MANUELA
HOLLAND AND KNIGHT
HOLLAND & KNIGHT LLP
31W. 52ND STREET, 13TH FLOOR
NW., 52ND STREET, 13TH-FLOOR
SIGN GUSTAVO MANUELA

TO GRD ESTATES LTD.

1292 VENABLES STREET

VANCOUVER BC V6A4B4

REF: 148031-00003
DEPT:

SHIP DATE: 27DEC18
ACTWGT: 20.00 LB
CAD: 1096685400/NET14040

BILL SENDER
NO EEI 30.36

TRK# 7740 6873 7107
0430

XQ YBYA

INTL PRIORITY
BC-CA
V6A 4B4
YVR
AM

(CA)

552J2/E4AF/DCA5

FedEx Express

After printing this label:

**CONSIGNEE COPY - PLEASE PLACE IN FRONT OF POUCH**

1. Fold the printed page along the horizontal line.

2. Place label in shipping pouch and affix it to your shipment.

**Warning:** Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.

LEGAL TERMS AND CONDITIONS OF FEDEX SHIPPING DEFINITIONS. On this Air Waybill, "we", "our", "us", and "FedEx" refer to Federal Express Corporation, its subsidiaries and branches and their respective employees, agents, and independent contractors. The terms "you" and "your" refer to the shipper, its employees, principals and agents. If your shipment originates outside the United States, your contract of carriage is with the FedEx subsidiary, branch or independent contractor who originally accepts the shipment from you. The term "package" means any container or envelope that is accepted by us for delivery, including any such items tendered by you utilizing our automated systems, meters, manifests or waybills. The term "shipment" means all packages which are tendered to and accepted by us on a single Air Waybill. AIR CARRIAGE NOTICE. For any international shipments by air, the Warsaw Convention, as amended, may be applicable. The Warsaw Convention, as amended, will then govern and in most cases limit FedEx's liability for loss, delay of, or damage to your shipment. The Warsaw Convention, as amended, limits FedEx's liability. For example in the U.S. liability is limited to $9.07 per pound (20$ per kilogram), unless a higher value for carriage is declared and you pay any applicable supplementary charges. The interpretation and operation of the Warsaw Convention's liability limits may vary in each country. There are no specific stopping places which are agreed to and FedEx reserves the right to route the shipment in any way FedEx deems appropriate. ROAD TRANSPORT NOTICE. Shipments transported solely by road to or from a country which is a party to the Warsaw Convention or the Contract for the International Carriage of Goods by Road (the "CMR") are subject to the terms and conditions of the CMR, notwithstanding any other provision of this Air Waybill to the contrary. For those shipments transported solely by road, if a conflict arises between the provisions of the CMR and this Air Waybill, the terms of the CMR shall prevail. LIMITATION OF LIABILITY. If not governed by the Warsaw Convention, the CMR, or other international treaties, laws, other government regulations, orders, or requirements, FedEx's maximum liability for damage, loss, delay, shortage, mis-delivery, nondelivery, misinformation or failure to provide information in connection with your shipment is limited by this Agreement and as set out in the terms and conditions of the contract of carriage. Please refer to the contract of carriage set forth in the applicable FedEx Service Guide or its equivalent to determine the contractual limitation. FedEx does not provide cargo liability or all-risk insurance, but you may pay an additional charge for each additional U.S. $100 (or equivalent local currency for the country of origin) of declared value for carriage. If a higher value for carriage is declared and the additional charge is paid, FedEx's maximum liability will be the lesser of the declared value for carriage or your actual damages. LIABILITIES NOT ASSUMED. IN ANY EVENT, FEDEX WON'T BE LIABLE FOR ANY DAMAGES, WHETHER DIRECT, INDIRECT, INCIDENTAL, SPECIAL OR CONSEQUENTIAL IN EXCESS OF THE DECLARED VALUE FOR CARRIAGE (WHETHER OR NOT FEDEX HAD ANY KNOWLEDGE THAT SUCH DAMAGES MIGHT BE INCURRED INCLUDING, BUT NOT LIMITED TO LOSS OF INCOME OR PROFITS) OR THE ACTUAL VALUE OF THE SHIPMENT, IF LOWER, WHETHER OR NOT FEDEX HAD ANY KNOWLEDGE THAT SUCH DAMAGES MIGHT BE INCURRED. FedEx won't be liable for your acts or omissions, including but not limited to incorrect declaration of cargo, improper or insufficient packaging, securing, marking or addressing of the shipment, or for the acts or omissions of the recipient or anyone else with an interest in the shipment or violations by any party of the terms of this agreement. FedEx won't be liable for damage, loss, delay, shortage, mis-delivery, non-delivery, misinformation or failure to provide information in connection with shipments of cash, currency or other prohibited items or in instances beyond our control, such as acts of God, perils of the air, weather conditions, mechanical delays, acts of public enemies, war, strike, civil commotion, or acts or omissions of public authorities(including customs and health officials) with actual or apparent authority. NO WARRANTY. We make no warranties, express or implied. CLAIMS FOR LOSS, DAMAGE OR DELAY. ALL CLAIMS MUST BE MADE IN WRITING AND WITHIN STRICT TIME LIMITS. SEE OUR TARIFF, APPLICABLE FEDEX SERVICE GUIDE, OR STANDARD CONDITIONS OF CARRIAGE FOR DETAILS. The Warsaw Convention provides specific written claims procedures for damage, delay or non-delivery of your shipment. Moreover, the interpretation and operation of the Warsaw Convention's claims provisions may vary in each country. Refer to the Convention to determine the claims period for your shipment. The right to damages against us shall be extinguished unless an action is brought within two years, as set forth in the Convention. FedEx is not obligated to act on any claim until all transportation charges have been paid. The claim amount may not be deducted from the transportation charges. If the recipient accepts the shipment without noting any damage on the delivery record, FedEx will assume the shipment was delivered in good condition. In order for us to consider a claim for damage, the contents, original shipping carton and packing must be made available to us for inspection. MANDATORY LAW. Insofar as any provision contained or referred to in this Air Waybill may be contrary to any applicable international treaties, laws, government regulations, orders or requirements such provisions shall remain in effect as a part of our agreement to the extent that it is not overridden. The invalidity or unenforceability of any provisions shall not affect any other part of this Air Waybill. Unless otherwise indicated, FEDERAL EXPRESS CORPORATION, 2005 Corporate Avenue, Memphis, TN 38132, USA, is the first carrier of this shipment. Email address located at www.fedex.com.

ORIGIN ID:QNYA  (212) 513-3200
Gustavo Manuela
Holland and Knight
Holland & Knight LLP
31 W. 52nd Street, 13th Floor
New York, NY 10019
UNITED STATES, US

Ship Date: 27DEC18
ActWgt: 20.00 LB
CAD: 109696546/INET4040

BILL SENDER
EIN/VAT:

TO GRD Estates Ltd.                    (000) 000-0000

1292 VENABLES STREET

**FedEx** Express

VANCOUVER, BC V6A4B4      (CA)

CANADA, CA

**E**

AWB

**XQ YBYA**

PKG:BOX

TRK# 7740 6873 7107      Form 0430

**AM**
**INTL PRIORITY**
REF: 148001-00003
DESC1:Legal Documents
DESC2:
DESC3:
DESC4:
EEI: NO EEI 30.36

These items are controlled by the U.S. Government and authorized for export
only to the country of ultimate destination for use by the ultimate consignee
or end-user(s) herein identified. They may not be resold, transferred, or
otherwise disposed of, to any other country or to any person other than the
authorized ultimate consignee or end-user(s), either in their original form or
after being incorporated into other items, without first obtaining approval
from the U.S. government or as otherwise authorized by U.S. law and regulations.

| COUNTRY MFG: US | SIGN: Gustavo Manuela |
| CARRIAGE VALUE: 0.00 USD | T/C: S 010054400 |
| CUSTOMS VALUE: 1.00 USD | D/T: R |

The Montreal or Warsaw Convention may apply and will govern and in most
cases limit the liability of Federal Express for loss or delay of or
damage to your shipment. Subject to the conditions of the
contract on the reverse.

FEDEX AWB COPY - PLEASE PLACE IN POUCH

FedEx Ship Manager - Print Your Label(s)

After printing this label:
**FEDEX AWB COPY - PLEASE PLACE BEHIND CONSIGNEE COPY**
1. Fold the printed page along the horizontal line.
2. Place label in shipping pouch and affix it to your shipment.

https://www.fedex.com/shipping/shipAction.handle?method=doContinue

3/4

ORIGIN ID:QNYA (212) 513-3200
Gustavo Manuela
Holland and Knight
Holland & Knight LLP
31 W. 52nd Street, 13th Floor
New York, NY 10019
UNITED STATES, US

Ship Date: 27DEC18
ActWgt: 20.00 LB
CAD: 109696546/INET4040

BILL SENDER
EIN/VAT:

TO GRD Estates Ltd.

1292 VENABLES STREET

VANCOUVER, BC V6A4B4
CANADA, CA

(000) 000-0000

**FedEx** Express

(CA)

**E**

AWB

J18211838452QJW

XQ YBYA

PKG:BOX

TRK# 7740 6873 7107    Form 0430

AM
**INTL PRIORITY**
REF: 148001-00003
DESC1:Legal Documents
DESC2:
DESC3:
DESC4:
EEI: NO EEI 30.36

These items are controlled by the U.S. Government and authorized for export
only to the country of ultimate destination for use by the ultimate consignee
or end-user(s) herein identified. They may not be resold, transferred, or
otherwise disposed of, to any other country or to any person other than the
authorized ultimate consignee or end-user(s), either in their original form or
after being incorporated into other items, without first obtaining approval
from the U.S. government or as otherwise authorized by U.S. law and regulations.

COUNTRY MFG: US
CARRIAGE VALUE: 0.00 USD
CUSTOMS VALUE: 1.00 USD

SIGN: Gustavo Manuela
T/C: S 010054400
D/T: R

The Montreal or Warsaw Convention may apply and will govern and in most
cases limit the liability of Federal Express for loss or delay of or
damage to your shipment. Subject to the conditions of the
contract on the reverse.

FEDEX AWB COPY - PLEASE PLACE IN POUCH

FedEx Ship Manager - Print Your Label(s)

12/27/2018

After printing this label:
**FEDEX AWB COPY - PLEASE PLACE BEHIND CONSIGNEE COPY**
1. Fold the printed page along the horizontal line.
2. Place label in shipping pouch and affix it to your shipment.

https://www.fedex.com/shipping/shipAction.handle?method=doContinue

ORIGIN ID:QNYA (212) 513-3200
Gustavo Manuela
Holland and Knight
Holland & Knight LLP
31 W. 52nd Street, 13th Floor
New York, NY 10019
UNITED STATES, US

Ship Date: 27DEC18
ActWgt: 20.00 LB
CAD: 109696546/INET4040

BILL SENDER
EIN/VAT:

TO GRD Estates Ltd.

1292 VENABLES STREET

VANCOUVER, BC V6A4B4
CANADA, CA

(000) 000-0000



(CA)

E

AWB

**XQ YBYA**

PKG:BOX



TRK# 7740 6873 7107    Form
0430

AM
**INTL PRIORITY**
REF: 148001-00003
DESC1:Legal Documents
DESC2:
DESC3:
DESC4:
EEI: NO EEI 30.36

These items are controlled by the U.S. Government and authorized for export
only to the country of ultimate destination for use by the ultimate consignee
or end-user(s) herein identified. They may not be resold, transferred, or
otherwise disposed of, to any other country or to any person other than the
authorized ultimate consignee or end-user(s), either in their original form or
after being incorporated into other items, without first obtaining approval
from the U.S. government or as otherwise authorized by U.S. law and regulations.

COUNTRY MFG: US
CARRIAGE VALUE: 0.00 USD
CUSTOMS VALUE: 1.00 USD

SIGN: Gustavo Manuela
T/C: S 010054400
D/T: R

The Montreal or Warsaw Convention may apply and will govern and in most
cases limit the liability of Federal Express for loss or delay of or
damage to your shipment. Subject to the conditions of the
contract on the reverse.

FEDEX AWB COPY - PLEASE PLACE IN POUCH

FedEx Ship Manager - Print Your Label(s)

12/27/2018

After printing this label:
**FEDEX AWB COPY - PLEASE PLACE BEHIND CONSIGNEE COPY**
1. Fold the printed page along the horizontal line.
2. Place label in shipping pouch and affix it to your shipment.

https://www.fedex.com/shipping/shipAction.handle?method=doContinue

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x
MARTIN TROTT and CHRISTOPHER SMITH, as Joint
Official Liquidators and Foreign Representatives of
PLATINUM PARTNERS VALUE ARBITRAGE FUND
L.P. (in Official Liquidation) and PLATINUM                                Civil Action No. 18-cv-10936-JSR
PARTNERS VALUE ARBITRAGE FUND L.P. (in
Official Liquidation),

                                                    Plaintiffs,

                       -against-                                           **AFFIDAVIT OF SERVICE**


PLATINUM MANAGEMENT (NY) LLC, *et al.,*

                                                    Defendants.
-----------------------------------------------------------------------x
STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

**Gustavo Manuela**, being duly sworn, deposes and says:

1.      I am over 18 years of age, am employed by the firm of Holland & Knight, LLP, 31 W.
52nd Street, New York, NY 10019, am not a party to this action and reside in the County of
Kings, State of New York.

2.      That on Friday, December 28, 2018, I served a true copy of the **Summons in Civil
Action and Complaint with Exhibits 1-96**, by Federal Express Overnight Mail (label attached)
Properly addressed to:

                              Bernard Fuchs
                              c/o Kim S. Juhase
                           Novak Juhase & Stern, LLP
                         200 Sheffield Street, Suite 205
                            Mountainside, NJ 07092


Sworn to before me this,
2nd day of January, 2019

_____
Notary Public                                                        Gustavo Manuela

        GLENN M. HUZINEC
    Notary Public, State of New York
          No. 01HU4873127
     Qualified in Richmond County
      Certified in New York County
   Commission Expires October 6, 2022



---

**After printing this label:**

1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning:** Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x
MARTIN TROTT and CHRISTOPHER SMITH, as Joint
Official Liquidators and Foreign Representatives of
PLATINUM PARTNERS VALUE ARBITRAGE FUND
L.P. (in Official Liquidation) and PLATINUM
PARTNERS VALUE ARBITRAGE FUND L.P. (in
Official Liquidation),

                     Plaintiffs,

         -against-

Civil Action No. 18-cv-10936-JSR

**AFFIDAVIT OF SERVICE**

PLATINUM MANAGEMENT (NY) LLC, *et al.,*

                     Defendants.
-----------------------------------------------------------------------x
STATE OF NEW YORK      )
                     ) ss.:
COUNTY OF NEW YORK   )

**Gustavo Manuela**, being duly sworn, deposes and says:

1.     I am over 18 years of age, am employed by the firm of Holland & Knight, LLP, 31 W. 52nd Street, New York, NY 10019, am not a party to this action and reside in the County of Kings, State of New York.

2.     That on Thursday, December 27, 2018, I served a true copy of the **Summons in a Civil Action and Complaint with Exhibits 1-96,** by depositing it, properly enclosed in sealed, postpaid envelope, in an official depository of the United States Postal Service, located within the State of New York, County of New York, to be delivered by Registered Mail, but the Post Office advised that the package was over the weight limit and needs to be shipped by Priority First Class Mail and by Federal Express mail service (label attached) to:

                  Mind, Body & Soul Co., Limited
                  1112 Wing on Plaza, Mody Rd.
                  Tsim Sha Tsui East, Hong Kong

Sworn to before me this
2nd day of January, 2019

Notary Public

                                        Gustavo Manuela

GLENN M. HUZINEC
Notary Public, State of New York
No. 01HU4873127
Qualified in Richmond County
Certified in New York County
Commission Expires October 6, 2022



**UNITED STATES POSTAL SERVICE** ®

CH059458935US

### USPS Customs Declaration and Dispatch Note

- Print in English using blue or black ink.
- Complete all SHADED fields before acceptance.
- See the Privacy Notice on the reverse of Copy 4.

**SHIPMENT INFORMATION** *(Continued)* — BOXED AREA IS FOR USPS-USE ONLY

| USPS Official Use | USPS Corporate Account | EMS Scheduled Delivery Date |
|---|---|---|
| | | / / |

| Full Last Name | Full First Name | MI |
|---|---|---|
| Manuela | Gustavo | |

Business Name *(if applicable)* ...... Ht LLC

| Total Postage/Fees (U.S. $) | Insured Value (U.S. $) | Insured Fee (U.S. $) |
|---|---|---|
| 94.05 | | |

Sender's Telephone

Address-1   31 W. 52nd St.

Address-2

| City | State | ZIP Code™ |
|---|---|---|
| New York | NY | 1009 |

7. Sender's Email Address     8. Addressee's Email Address

9. Exporter's Reference *(if applicable and known)*     10. Exporter's Telephone *(if applicable and known)*

11. Importer's Reference *(if applicable and known)*     12. Importer's Telephone *(if applicable and known)*

13. AES ITN *(if applicable)*

14. AES Exemption — NOEEI § *(Check one if applicable)*
☐ § 30.36  ☐ § 30.37(a)  ☐ § 30.37 (h)
☐ § 30.37 (y)  ☐ Other _____

**ADDRESSEE'S INFORMATION**

| Full Last Name | Full First Name | MI |
|---|---|---|
| Co., Limited | Mind, Body & Soul | |

Business Name *(if applicable)*   Mind, Body & Soul Co., Limited

Addressee's Telephone

15. License Number *(if applicable)*  16. Certificate Number *(if applicable)*  17. Invoice Number *(if applicable)*

Address-1   1112, Wing on Plaza, 62 Mody Rd.

18. Length *(inches)*   19. Width *(inches)*   20. Height *(inches)*

Address-2   Tsim Sha Tsui East

| City | State/Province | Country |
|---|---|---|
| Tsim Sha Tsui East | | HK |

Postal Code

21. Restrictions *(if applicable — check all that apply)*
☐ Quarantine
☐ Sanitary/Phytosanitary Inspection

22. Nondelivery Instructions *(Check one)*
☐ Return to Sender
☐ Treat as Abandoned

23. Sender's Signature and Date

**SHIPMENT INFORMATION**

1. Category of Items *(Check all that apply)*
☑ Document  ☐ Commercial Sample  ☐ Merchandise  ☐ Dangerous Goods
☐ Gift  ☐ Returned Goods  ☐ Humanitarian Donation  ☐ Other

I certify the particulars given in this customs declaration are correct. This package does not contain any undeclared dangerous items, or items prohibited by legislation or by postal or customs regulations. I have met all applicable export filing requirements under federal law and regulations.

| 2. Detailed Description of Contents *(Enter only one item per line)* | 3. Quantity | 4. Net Weight *(Ea)* Lbs. | Oz. | 5. Value *(Ea)* U.S. $ |
|---|---|---|---|---|
| Legal Deposit | 1 | 13 | 2 | |
| Document | | | | |

For Business Mailers, for items in Block 2 *(if the information is known)*:

24. HS Tariff Number

25. Country of Origin

| 6. Total | | 1 | | |

PS Form **2976-R**, April 2016    PSN 7530-17-000-7992        IMPORTANT: This package may be opened officially.        **4 – Sender's Copy**



After printing this label:

**CONSIGNEE COPY - PLEASE PLACE IN FRONT OF POUCH**

1. Fold the printed page along the horizontal line.
2. Place label in shipping pouch and affix it to your shipment.

**Warning**: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.

LEGAL TERMS AND CONDITIONS OF FEDEX SHIPPING DEFINITIONS. On this Air Waybill, "we", "our", "us", and "FedEx" refer to Federal Express Corporation, its subsidiaries and branches and their respective employees, agents, and independent contractors. The terms "you" and "your" refer to the shipper, its employees, principals and agents. If your shipment originates outside the United States, your contract of carriage is with the FedEx subsidiary, branch or independent contractor who originally accepts the shipment from you. The term "package" means any container or envelope that is accepted by us for delivery, including any such items tendered by you utilizing our automated systems, meters, meters or waybills. The term "shipment" means all packages which are tendered to and accepted by us on a single Air Waybill. AIR CARRIAGE NOTICE. For international shipments by air, the Warsaw Convention, as amended, may be applicable. The Warsaw Convention, as amended, will then govern and in most cases limit FedEx's liability for loss, delay of, or damage to your shipment. The Warsaw Convention, as amended, limits FedEx's liability. For example in the U.S. liability is limited to $9.07 per pound (20$ per kilogram), unless a higher value for carriage is declared and you pay any applicable supplementary charges. The interpretation and operation of the Warsaw Convention's liability limits may vary in each country. There are no specific stopping places which are agreed to and FedEx reserves the right to route the shipment in any way FedEx deems appropriate. ROAD TRANSPORT NOTICE. Shipments transported solely by road to or from a country which is a party to the Warsaw Convention or the Contract for the International Carriage of Goods by Road (the "CMR") are subject to the terms and conditions of the CMR, notwithstanding any other provision of this Air Waybill to the contrary. For these shipments transported solely by road, if a conflict arises between the provisions of the CMR and this Air Waybill, the terms of the CMR shall prevail. LIMITATION OF LIABILITY. If not governed by the Warsaw Convention, the CMR, or other international treaties, laws, other government regulations, orders, or requirements, FedEx's maximum liability for damage, loss, delay, shortage, mis-delivery, nondelivery, misinformation or failure to provide information in connection with your shipment is limited by this Agreement and as set out in the terms and conditions of the contract of carriage. Please refer to the contract of carriage set forth in the applicable FedEx Service Guide or its equivalent to determine the contractual limitation. FedEx does not provide cargo liability or all-risk insurance, but you may pay an additional charge for each additional U.S. $100 (or equivalent local currency for the country of origin) of declared value for carriage. If a higher value for carriage is declared and the additional charge is paid, FedEx's maximum liability will be the lesser of the declared value for carriage or your actual damages. LIABILITIES NOT ASSUMED. IN ANY EVENT, FEDEX WON'T BE LIABLE FOR ANY DAMAGES, WHETHER DIRECT, INDIRECT, INCIDENTAL, SPECIAL OR CONSEQUENTIAL IN EXCESS OF THE DECLARED VALUE FOR CARRIAGE (INCLUDING BUT NOT LIMITED TO LOSS OF INCOME OR PROFITS) OR THE ACTUAL VALUE OF THE SHIPMENT, IF LOWER, WHETHER OR NOT FEDEX HAD ANY KNOWLEDGE THAT SUCH DAMAGES MIGHT BE INCURRED. FedEx won't be liable for your acts or omissions, including but not limited to incorrect declaration of cargo, improper or insufficient packaging, securing, marking or addressing of the shipment, or for the acts or omissions of the recipient or anyone else with an interest in the shipment or violations by any party of the terms of this agreement. FedEx won't be liable for damage, loss, delay, shortage, mis-delivery, non-delivery, misinformation or failure to provide information in connection with shipments of cash, currency or other prohibited items or in instances beyond our control, such as acts of God, perils of the air, weather conditions, mechanical delays, acts of public enemies, war, strike, civil commotion, or acts or omissions of public authorities(including customs and health officials) with actual or apparent authority. NO WARRANTY. We make no warranties, express or implied. CLAIMS FOR LOSS, DAMAGE OR DELAY. ALL CLAIMS MUST BE MADE IN WRITING AND WITHIN STRICT TIME LIMITS. SEE OUR TARIFF, APPLICABLE FEDEX SERVICE GUIDE, OR STANDARD CONDITIONS OF CARRIAGE FOR DETAILS. The Warsaw Convention provides specific written claims procedures for damage, delay or non-delivery of your shipment. Moreover, the interpretation and operation of the Warsaw Convention's claims provisions may vary in each country. Refer to the Convention to determine the claims period for your shipment. The right to damages against us shall be extinguished unless an action is brought within two years, as set forth in the Convention. FedEx is not obligated to act on any claim until all transportation charges have been paid. The claim amount may not be deducted from the transportation charges. If the recipient accepts the shipment without noting any damage on the delivery record, FedEx will assume the shipment was delivered in good condition. In order for us to consider a claim for damage, the contents, original shipping carton and packing must be made available to us for inspection. MANDATORY LAW. Insofar as any provision contained or referred to in this Air Waybill may be contrary to any applicable international treaties, laws, government regulations, orders or requirements, such provisions shall remain in effect as a part of our agreement to the extent that it is not overridden. The invalidity or unenforceability of any provisions shall not affect any other part of this Air Waybill. Unless otherwise indicated, FEDERAL EXPRESS CORPORATION, 2005 Corporate Avenue, Memphis, TN 38132, USA, is the first carrier of this shipment. Email address located at www.fedex.com.

ORIGIN ID:QNYA (212) 513-3200
Gustavo Manuela
Holland and Knight
Holland & Knight LLP
31 W. 52nd Street, 13th Floor
New York, NY 10019
UNITED STATES, US

Ship Date: 27DEC18
ActWgt: 20.00 LB
CAD: 109696546/INET4040

BILL SENDER
EIN/VAT:

TO Mind, Body & Soul Co., Limited
1112, Wing on Plaza
62 Mody Rd.
Tsim Sha Tsui East
**Hong Kong,**
HONG KONG, HK

0000000000

**FedEx**
Express

(HK)

**E**

**AWB**



TRK# 7740 6774 1570    Form 0430    PKG:BOX

**INTL PRIORITY**
REF: 148001-00003
DESC1:Legal Documents
DESC2:
DESC3:
DESC4:
EEI: NO EEI 30.37(a)

These items are controlled by the U.S. Government and authorized for export
only to the country of ultimate destination for use by the ultimate consignee
or end-user(s) herein identified. They may not be resold, transferred, or
otherwise disposed of, to any other country or to any person other than the
authorized ultimate consignee or end-user(s), either in their original form or
after being incorporated into other items, without first obtaining approval
from the U.S. government or as otherwise authorized by U.S. law and regulations.

COUNTRY MFG: US
CARRIAGE VALUE: 0.00 USD
CUSTOMS VALUE: 0.00 USD

SIGN: Gustavo Manuela
T/C: S 010054400
D/T: R

The Montreal or Warsaw Convention may apply and will govern and in most
cases limit the liability of Federal Express for loss or delay of or
damage to your shipment. Subject to the conditions of the
contract on the reverse.

FEDEX AWB COPY - PLEASE PLACE IN POUCH

FedEx Ship Manager - Print Your Label(s)

12/27/2018

After printing this label:
**FEDEX AWB COPY - PLEASE PLACE BEHIND CONSIGNEE COPY**
1. Fold the printed page along the horizontal line.
2. Place label in shipping pouch and affix it to your shipment.

3/3

ORIGIN ID:QNYA  (212) 513-3200
Gustavo Manuela
Holland and Knight
Holland & Knight LLP
31 W. 52nd Street, 13th Floor
New York, NY 10019
UNITED STATES, US

Ship Date: 27DEC18
ActWgt: 20.00 LB
CAD: 109696546/INET4040

BILL SENDER
EIN/VAT:

TO Mind, Body & Soul Co., Limited
  1112, Wing on Plaza
  62 Mody Rd.
  Tsim Sha Tsui East
  **Hong Kong,**
  HONG KONG, HK

0000000000

FedEx. Express

(HK)

**E**

**AWB**

FedEx Ship Manager - Print Your Label(s)



TRK# 7740 6774 1570    Form 0430

PKG:BOX

**INTL PRIORITY**
REF: 148001-00003
DESC1:Legal Documents
DESC2:
DESC3:
DESC4:
EEI: NO EEI 30.37(a)

These items are controlled by the U.S. Government and authorized for export
only to the country of ultimate destination for use by the ultimate consignee
or end-user(s) herein identified. They may not be resold, transferred, or
otherwise disposed of, to any other country or to any person other than the
authorized ultimate consignee or end-user(s), either in their original form or
after being incorporated into other items, without first obtaining approval
from the U.S. government or as otherwise authorized by U.S. law and regulations.

| COUNTRY MFG: US | SIGN: Gustavo Manuela |
| CARRIAGE VALUE: 0.00 USD | T/C: S 010054400 |
| CUSTOMS VALUE: 0.00 USD | D/T: R |

The Montreal or Warsaw Convention may apply and will govern and in most
cases limit the liability of Federal Express for loss or delay of or
damage to your shipment. Subject to the conditions of the
contract on the reverse.

FEDEX AWB COPY - PLEASE PLACE IN POUCH

12/27/2018

After printing this label:
**FEDEX AWB COPY - PLEASE PLACE BEHIND CONSIGNEE COPY**
1. Fold the printed page along the horizontal line.
2. Place label in shipping pouch and affix it to your shipment.

https://www.fedex.com/shipping/shipAction.handle?method=doContinue