UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARTIN TROTT and CHRISTOPHER SMITH, as Joint Official Liquidators and Foreign Representatives of PLATINUM PARTNERS VALUE ARBITRAGE FUND L.P. (in Official Liquidation), *et ano.*,<br><br>                                Plaintiffs,<br><br>     - against -<br><br>PLATINUM MANAGEMENT (NY) LLC, *et al.,*<br><br>                                Defendants. | Civil Action No. 1:18-cv-10936-JSR<br><br>**ORDER FOR ADMISSION<br>PRO HAC VICE** |

The motion of Peter R. Jarvis, for admission to practice pro hac vice in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the bar(s) of the state(s) of New York, Alaska, California, Washington, and Oregon; and that his contact information is as follows:

| | |
|---|---|
| Applicant's Name: | Peter R. Jarvis |
| Firm Name: | Holland & Knight LLP |
| Address: | 2300 U.S. Bancorp Tower, 111 S.W. Fifth Avenue |
| City/State/Zip: | Portland, Oregon 97204 |
| Telephone/Fax: | (503) 243-2300 / (503) 241-8014 |

Applicant having requested admission pro hac vice to appear for all purposes as counsel for Plaintiffs Martin Trott and Christopher Smith, as Joint Official Liquidators and Foreign Representatives of Platinum Partners Value Arbitrate Fund, L.P. (in Official Liquidation) and Platinum Partners Value Arbitrage Fund L.P. (in Official Liquidation) in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice pro hac vice in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:_____          _____
                                                                      United States District / Magistrate Judge