UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
MARTIN TROTT and CHRISTOPHER SMITH, as Joint
Official Liquidators and Foreign Representatives of
PLATINUM PARTNERS VALUE ARBITRAGE FUND
L.P. (in Official Liquidation) and PLATINUM
PARTNERS VALUE ARBITRAGE FUND L.P. (in
Official Liquidation),

                        Plaintiffs,

      -against-

PLATINUM MANAGEMENT (NY) LLC, *et al.*,

                        Defendants.
-----------------------------------------------------------------x

Civil Action No. 18-cv-10936-JSR

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                              ) ss.:
COUNTY OF NEW YORK )

**Elvin Ramos**, being duly sworn, deposes and says:

1.     I am over 18 years of age, am employed by the firm of Holland & Knight, LLP, 31 W. 52nd Street, New York, NY 10019, am not a party to this action and reside in the County of Queens, State of New York.

2.     That on Thursday, January 31, 2019, I served a true copy of the **Summons in Civil Action and Amended Complaint with Exhibits 1-101 and Order signed and dated January 24, 2019 by Judge Rakoff**, by personally delivering them to the hands of Seth Gerszberg, at the offices of Holland & Knight LLP. Mr. Gerszberg is best described as a white male; 40 – 45 years old; standing 5'10" – 6'1" tall; weighting 200 – 215 lbs.; with dark hair and brown eyes.

Sworn to before me this
20th day of February, 2019

_____
Notary Public

ANTHONY C. KEENEY
Notary Public, State of New York
No. 01KE6181777
Qualified in New York County
Commission Expires February 11, 2020

_____
Elvin Ramos