UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- x
In re PLATINUM-BEECHWOOD LITIGATION :        18-cv-6658 (JSR)
---------------------------------------- x
MARTIN TROTT and CHRISTOPER SMITH,   :
as Joint Official Liquidators and    :
Foreign Representatives of PLATINUM  :
PARTNERS VALUE ARBITRAGE FUND L.P.   :        18-cv-10936 (JSR)
(in Official Liquidation), and       :
PLATINUM PARTNERS VALUE ARBITRAGE    :           ORDER
FUND L.P. (in Official               :
Liquidation),                        :
                                     :
        Plaintiffs,                  :
                                     :
          -v-                        :
                                     :
PLATINUM MANAGEMENT (NY) LLC, et     :
al.,                                 :
                                     :
        Defendants.                  :
---------------------------------------- x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/28/19

JED S. RAKOFF, U.S.D.J.

On November 21, 2018, plaintiffs Martin Trott and

Christopher Smith, as Joint Official Liquidators and Foreign

Representatives of Platinum Partners Value Arbitrage Fund L.P.

(in Official Liquidation) ("PPVA"), and PPVA filed a multi-count

complaint against numerous defendants. ECF No. 1. On December

19, 2018, this Court held an initial conference at which it

invited defendants to file an initial round of motions to

dismiss. ECF No. 64, at 18:11-18. The Court stated that any

defendant was permitted to join or file a motion in the initial

round, but that no defendant who waited would be prejudiced from

bringing a later motion as part of a second round. Id.

On January 25, 2019, plaintiffs filed their First Amended Complaint ("FAC"), ECF No. 159, and multiple defendants moved to dismiss as part of the initial round. On March 6 and 7, the Court held oral argument, and on March 15, the Court issued a bottom-line order disposing of the initial round of motions.

The Court has now set a schedule for the second round of motions to dismiss the FAC. Aside from those defendants who are standing trial, or are set to stand trial, in a related criminal matter in the Eastern District of New York, any defendant who does not file a motion according to this schedule will be barred from filing a motion to dismiss at a later date.

Pursuant to the above, the deadline to answer or move to dismiss the FAC is April 22, 2019. Plaintiffs' opposition papers must be filed by May 13, 2019, and defendants' reply papers must be filed by May 23, 2019. The Court will then hold oral argument on defendants' motions to dismiss on June 4, 2019 at 10:00 AM.

SO ORDERED.

Dated:   New York, NY
         March 28 2019                    JED S. RAKOFF, U.S.D.J.