UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARTIN TROTT AND CHRISTOPHER SMITH, AS JOL,<br><br>PLAINTIFF,<br><br>VS.<br><br>PLATINUM MANAGEMENT (NY) LL, et al.<br><br>DEFENDANTS. | NO. 18 Civ. 10936 (JSR) |

I, Seth Gerszberg, hereby certify as follows:

1. I am a defendant in the above matter and I am familiar with the facts and circumstances submitted in this Affidavit in support of my motion to dismiss the Second Amended Complaint.

2. Attached as Exhibit A is a true and accurate copy of the loan and security agreement where Atlantic loaned money to The Collective.

3. Attached as Exhibit B is a true and accurate copy of an email from Mark Nordlicht dated AUGUST 10, 2015.

4. Attached as Exhibit C is a true and accurate copy of an email from Robert Liscouski to David Levy of Platinum Partners, dated May 12, 2016.

5. Attached as Exhibit D is a true and accurate copy of the original loan agreement from Huron to Spectrum30 the original security agreement from Huron to Spectrum30.

6. Attached as Exhibit E is a true and accurate copy of an email to Andy Stemelman, dated June 24, 2016.

7. Attached as Exhibit F is a true and accurate copy of is an email from Mark Nordlicht dated July 5, 2016.

8. Attached as Exhibit G is a true and accurate copy of amended loan agreements for Implant Science/Zapata Merger.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.


**DATED: April 22, 2019**

**BY:** */s/ Seth Gerszberg*_____
**Seth Gerszberg, pro se**